**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC, [1] | Case No. 20-11884 (KBO) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2020, I caused to be served the "Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Telephonic and Video Hearing on First Day Motions Scheduled for July 31, 2020 at 10:00 A.M. (Prevailing Eastern Time), Before The Honorable Karen B. Owens, at the United States Bankruptcy Court for the District Of Delaware," dated July 30, 2020, [Docket No. 21], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via facsimile to those parties listed on the annexed Exhibit C.

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316). The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
30th day of July, 2020
*/s/ Diane M. Streany*

Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BAY VALVE SERVICE & ENGINEERING, LLC | SCOTT SHULTZ 3948 TEAL CT. BENICIA CA 94510-1202 |
| BLAIR-MARTIN CO., INC. | WAYNE DEPEW 1500 E. BURNETT STREET SIGNAL HILL CA 90755 |
| CASHMAN EQUIPMENT COMPANY | JORDAN CLARY 3306 ST ROSE PKWY HENDERSON NV 89052 |
| COBRA ENERGY INVESTMENT, LLC | ATTN: RAMON JIMENEZ C/O ASESORIA GRUPO COBRA C/O CARDENAL MARCELO SPINOLA, 10 MADRID 28016 SPAIN |
| COBRA THERMOSOLAR PLANTS INC | ATTN JAVIER PEREDA 7380 W SAHARA AVE, STE 160 LAS VEGAS NV 89117 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD SUITE 100 DOVER DE 19904 |
| DP SYSTEMS, LLC | ROBERT SCOTT LUKS 1919 WEST 2300 SOUTH WEST VALLEY CITY UT 84119 |
| DXP ENTERPRISES INC DBA CORTECH ENGINEERING | CARL CIOFFI PO BOX 1697 HOUSTON TX 77251-0169 |
| EDWARDS VACUUM, LLC | DOMINIC MINASSIAN 6416 INDUCON DR SANBORN NY 14132 |
| FLIPPIN'S TRENCHING INC. | KEN FLIPPIN 2645 MARION DRIVE LAS VEGAS NV 89115 |
| FLOWSERVE CORP | ROGER CHAVEX 1909 E CASHDAN ST RANCHO DOMINGUEZ CA 90220 |
| GE STEAM POWER, INC. | ANDY JOHNSON 175 ADDISON ROAD WINDSOR CT 06095 |
| GENERAL ELECTRIC INTERNATIONAL, INC. | RAYMOND FRANK 4200 WILDWOOD PARKWAY ATLANTA GA 30339 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO COBRA) ATTN: ERIC R. WILSON, ESQ., JOEL S. RUBLIN, ESQ., BENJAMIN D. FEDER, ESQ., CASSANDRA POSTIGHONE, ESQ 101 PARK AVENUE NEW YORK NY 10178 |
| MERTEC ENGINEERING, CMP SALES CORPORATION | JORDAN RICCARDI 1232 MONTE VISTA AVE #9 UPLAND CA 91786 |
| MSC INDUSTRIAL SUPPLY INC | TERRY STAGGS PO BOX 953635 ST LOUIS MO 63195 |
| NEVADA DEPARTMENT OF TAXATION | 1550 COLLEGE PARKWAY, SUITE 115 CARSON CITY NV 89706 |
| NYE COUNTY ASSESSOR - PERSONAL PROPERTY TAXES | MARIE BECHT 160 N. FLOYD DRIVE PAHRUMP NV 89060 |
| NYE COUNTY ASSESSOR - REAL PROPERTY TAXES | JOHN PRUDHONT PO BOX 473 TONOPAH NV 89049-0473 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID L. BUCHBINDER & DAVID VILLAGRANA J. CALEBB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PIC GROUP, INC | ACCOUNTS RECEIVABLE MANAGER 1165 NORTHCHASE PKWY, STE 400 MARIETTA GA 30067 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO COBRA) ATTN: CHRISTOPHER M. SAMIS, ESQ., L. KATHARINE GOOD, ESQ., AARON H. STULMAN, ESQ. 1313 NORTH MARKET ST, 6TH FLOOR P.O. BOX 951 WILMINGTON DE 19801 |
| RYAN MECHANICAL INC | ATTN: BRET ANDERSON 3335 WYNN ROAD LAS VEGAS NV 89102 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE WASHINGTON DC 20549 |
| SUNBELT RENTALS, INC. | ATTN: CASEY COUNTRYMAN P.O. BOX 409211 ATLANTA GA 30384-9211 |
| THE U.S. DEPARTMENT OF JUSTICE | ATTN: STEVEN A. ENGEL 950 PENNSYLVANIA, NW WASHINGTON DC 20530 |
| THOMPSON KNIGHT | (COUNSEL FOR COLLATERAL AGENT(PNC BANK)) ATTN: BRUCE J. ZABARAUSKAS 1722 ROUTH STREET, 15TH FLOOR DALLAS TX 75201 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: RODNEY A. MORRIS CIVIL DIVISION 1100 L STREET, N.W., ROOM 7108 WASINGTON DC 20005 |
| UINTAH MACHINE & MFG CO | ATTN: ROLAND HAMILTON 521 WEST MAIN - P.O. BOX 8 DUCHESNE UT 84021 |
| UNITED RENTALS (NORTH AMERICA), INC. | ATTN: GERALD GRANATA FILE 51122 LOS ANGELES CA 90074-1122 |
| US DEPARTMENT OF ENERGY | C/O ALLEN & OVERY LLP ATTN: JOSEPH BADTKE-BERKOW & LAURA HALL 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| US DEPARTMENT OF ENERGY | ATTN: RODNEY MORRIS & PHILLIP SELIGMAN 950 PENNSYLVANIA AVENUE WASHINGTON DC 20530 |
| US DEPARTMENT OF ENERGY | ATTN: MONIQUE FRIDELL 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |
| US DEPARTMENT OF ENERGY | ATTN: SVEN HODGES 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |
| US DEPARTMENT OF ENERGY | LOAN GUARANTEE PROGRAM ATTN: DIR, PORFOLIO MANAGEMENT 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |
| US DEPARTMENT OF ENERGY | 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |

**Total Creditor count 41**

TONOPAH SOLAR ENERGY, LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| HSBC BANK USA, N.A. | 452 FIFTH AVE NEW YORK NY 10018 |
| JPMORGAN CHASE BANK, N.A. | 131 S DEARBORN, 5TH FL MAIL CODE IL1-0236 CHICAGO IL 60603-5506 |
| PNC BANK NATIONAL ASSOCIATION | ATTN FELICIA BAIRD 500 1ST AVE PITTSBURGH PA 15219 |
| PNC BANK NATIONAL ASSOCIATION | 249 FIFTH AVENUE PITTSBURGH PA 15222 |
| PNC BANK NATIONAL ASSOCIATION | D/B/A MIDLAND LOAN SERVICES ATTN CHARLES PETERSON 10851 MASTIN, STE 700 OVERLAND PARK KS 66210 |
| PNC BANK NATIONAL ASSOCIATION | D/B/A MIDLAND LOAN SERVICES ATTN JACOB COPPLE 10851 MASTIN, STE 700 OVERLAND PARK KS 66210 |
| PNC BANK NATIONAL ASSOCIATION | D/B/A MIDLAND LOAN SERVICES 10851 MASTIN, STE 700 OVERLAND PARK KS 66210 |
| WELLS FARGO BANK, N.A. | NC6034 401 RESEARCH PKWY 1ST FLOOR WINSTON-SALEM NC 27101-4157 |
| WELLS FARGO BANK, N.A. | 400 HAMILTON AVE, STE 210 PALO ALTO CA 94301 |
| WELLS FARGO CORPORATE VISA | PO BOX 29482 PHOENIX AZ 29482 |

**Total Creditor count 10**

TONOPAH SOLAR ENERGY, LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMERIGAS | 20 HIGHWAY 95 A NORTH YERINGTON NV 89447 |
| DESERT GREEN DISPOSAL AND INDUSTRIAL LLC | 142 BOGY ALY ROUND MOUNTAIN NV 89405 |
| M&K ENTERPRISE | ATTN SHANNON STRINGER 762 N. MAIN PO BOX 50 TONOPAH NV 89049 |
| MIMOWORKS INTERNET LLC | PO BOX 1025 TONOPAH NV 89049 |
| NEXTIVA | 8800 E CHAPARRAL ROAD, SUITE 300 SCOTTSDALE AZ 85250 |
| SIERRA PACIFIC POWER COMPANY | PO BOX 30150 RENO NV 89520-0150 |
| TONOPAH PUBLIC UTILITIES | 140 S. MAIN STREET PO BOX 151 TONOPAH NV 89049 |

**Total Creditor count 7**

| Claim Name | Address Information |
|---|---|
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0531 |
| CALIFORNIA FRANCHISE TAX BOARD | 3321 POWER INN RD STE 250 SACRAMENTO CA 95826-3893 |
| NEVADA DEPT OF TAXATION | 2550 PASEO VERDE STE 180 HENDERSON NV 89074 |
| NEVADA DEPT OF TAXATION | GRANT SAWYER OFFICE BLDG 555 E WASHINGTON AVE STE 1300 LAS VEGAS NV 89101 |
| NEVADA DEPT OF TAXATION | 4600 KIETZKE LANE BLDG L STE 235 RENO NV 89502 |
| NEVADA DEPT OF TAXATION | 1550 COLLEGE PKWY STE 115 CARSON CITY NV 89706 |
| NEVADA DEPT OF TAXATION | STATE OF NEVADA - SALES/USE P.O. BOX 7165 SAN FRANCISCO CA 94120-7165 |
| NYE COUNTY ASSESSOR - PERSONAL PROP | TAXES 160 N. FLOYD DRIVE PAHRUMP NV 89060 |
| NYE COUNTY ASSESSOR - REAL PROP TXS | PO BOX 473 101 RADAR ROAD TONOPAH NV 89049-0473 |
| TOWN OF TONOPAH | 140 S. MAIN STREET PO BOX 151 TONOPAH NV 89049 |

**Total Creditor count 10**

| Claim Name | Address Information |
|---|---|
| BRAHMA GROUP INC | 1132 SOUTH 500 WEST SALT LAKE CITY UT 84101 |
| BRAHMA GROUP INC | ATTN CLAY STANALAND 1132 SOUTH 500 WEST SALT LAKE CITY UT 84101 |
| BRAHMA GROUP INC | ATTN DAVID ZIMMERMAN, VP & GC 1132 SOUTH 500 WEST SALT LAKE CITY UT 84101 |
| FEDERAL FINANCING BANK | ATTN CFO MAIN TREASURY BLDG 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| H&E EQUIPMENT SERVICES | 7500 PECUE LANE BATON ROUGE LA 70809 |
| MIDLAND LOAN SERVICES, INC. | 10851 MASTIN, SUITE 300 OVERLAND PARK KS 66210 |
| NOOTER ERICKSON, INC. | ATTN: ACCOUNTS RECEIVABLE 1509 OCELLO DRIVE FENTON MO 63026 |
| SOLARRESERVE LLC | ATTN ROB HOWE, PROJECT DIR 7881 W CHARLESTON BLVD, STE 230 LAS VEGAS NV 89117 |
| SOLARRESERVE LLC | C/O CHADBOURNE & PARKE LLP ATTN THOMAS DUPUIS, ESQ 350 S GRAND AVE, STE 3200 LOS ANGELES CA 90071 |
| SOLARRESERVE LLC | ATTN MARY B CECCARELLI, OPERATIONS MGR 520 BROADWAY, 6TH FL SANTA MONICA CA 90401 |
| SOLARRESERVE LLC | ATTN PAULINE DOOHAN 520 BROADWAY, 6TH FL SANTA MONICA CA 90401 |
| SOLARRESERVE LLC | ATTN LEGAL DEPT 2425 OLYMPIC BLVD, STE 500E SANTA MONICA CA 90404 |
| UNITED STATES TREASURY | LOAN GUARANTEE PROGRAM 1000 INDEPENDENCE AV, SE WASHINGTON DC 20585 |
| US DEPARTMENT OF ENERGY | LOAN GUARANTEE PROGRAM ATTN DIRECTOR OF PORTFOLIO MGT 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |

**Total Creditor count 14**

| Claim Name | Address Information |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: RODNEY MORRRIS, PHILLIP SELIGMAN CIVIL DIVISION 1100 L ST., NW, ROOM 7108 WASHINGTON DC 20005 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: RODNEY MORRRIS, PHILLIP SELIGMAN CIVIL DIVISION PO BOX 875-BEN FRANKLIN STATION WASHINGTON DC 20044 |

**Total Creditor count 2**

# EXHIBIT B

**Tonopah Solar Energy , LLC**

**Master Service List**

| Creditor Name | Email Address |
|---|---|
| BAY VALVE SERVICE & ENGINEERING, LLC | scotts@bay-valve.com |
| BLAIR-MARTIN CO., INC. | wdepew@blairmartin.com |
| CASHMAN EQUIPMENT COMPANY | jordanclary@cashmanequipment.com |
| COBRA ENERGY INVESTMENT, LLC | rjserrano@grupocobra.com |
| COBRA THERMOSOLAR PLANTS INC | jpereda@grupocobra.com |
| DELAWARE STATE TREASURY | liza.davis@delaware.gov |
| DP SYSTEMS, LLC | scottl@dpindustrialinc.com |
| DXP ENTERPRISES INC DBA CORTECH ENGINEERING | carl.cioffi@dxpe.com |
| EDWARDS VACUUM, LLC | dominic.minassian@edwardsvacuum.com |
| FLIPPIN'S TRENCHING INC. | kenjr@flippins.com |
| FLOWSERVE CORP | rochavez@flowserve.com |
| GE STEAM POWER, INC. | andrew.johnson1@ge.com |
| GENERAL ELECTRIC INTERNATIONAL, INC. | raymond.frank@ge.com |
| KELLEY DRYE & WARREN LLP | jrublin@kelleydrye.com; bfeder@kelleydrye.com; ewilson@kelleydrye.com; cpostighone@kelleydrye.com |
| MERTEC ENGINEERING, CMP SALES CORPORATION | jordanr@mertec.net |
| MSC INDUSTRIAL SUPPLY INC | branchphx@mscdirect.com |
| NEVADA DEPARTMENT OF TAXATION | nevadaolt@tax.state.nv.us |
| NYE COUNTY ASSESSOR - REAL PROPERTY TAXES | treasurer@co.nye.nv.us |
| NYE COUNTY ASSESSOR - PERSONAL PROPERTY TAXES | mbecht@co.nye.nv.us |
| OFFICE OF THE US TRUSTEE | david.l.buchbinder@usdoj.gov; david.villagrana2@usdoj.gov |
| PIC GROUP, INC | ar@picgroupinc.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; astulman@potteranderson.com; kgood@potteranderson.com |
| RYAN MECHANICAL INC | bret@ryan-mechanical.com |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SUNBELT RENTALS, INC. | casey.countryman@sunbeltrentals.com |
| THOMPSON KNIGHT | bruce.zabarauskas@tklaw.com |
| UINTAH MACHINE & MFG CO | rfhamilton@uintahmachine.com |
| UNITED RENTALS (NORTH AMERICA), INC. | ggranata@ur.com |

**Tonopah Solar Energy , LLC**

| | |
|---|---|
| US DEPARTMENT OF ENERGY | joseph.badtke-berkow@allenovery.com; laura.hall@allenovery.com |
| US DEPARTMENT OF ENERGY | monique.fridell@hq.doe.gov |
| US DEPARTMENT OF ENERGY | sven.hodges@hq.doe.gov |
| US DEPARTMENT OF ENERGY | lpo.portfolio@hq.doe.gov |
| US DEPARTMENT OF ENERGY | the.secretary@hq.doe.gov |
| US DEPARTMENT OF ENERGY | rodney.morris2@usdoj.gov; phillip.seligman@usdoj.gov |

**Banks**

| Creditor Name | Email Address |
|---|---|
| HSBC BANK USA, N.A. | gtrf.uscs@us.hsbc.com |
| PNC BANK NATIONAL ASSOCIATION | charles.peterson@pnc.com |
| PNC BANK NATIONAL ASSOCIATION | jacob.copple@midlandls.com |

**Utilities**

| Creditor Name | Email Address |
|---|---|
| AMERIGAS | amerigaspropane@billtrust.com |
| DESERT GREEN DISPOSAL AND INDUSTRIAL LLC | desertgreendisposal@gmail.com |
| M&K ENTERPRISE | mandkshannon@hotmail.com |
| MIMOWORKS INTERNET LLC | support@mimoworks.com |
| TONOPAH PUBLIC UTILITIES | tpu@tonopahnevada.com |

**UCC Lienholders**

| Creditor Name | Email |
|---|---|
| BRAHMA GROUP INC | corphr@bgi.email |
| BRAHMA GROUP INC | clar.stanaland@brahmagroupinc.com |
| BRAHMA GROUP INC | david.z@bgi.email.com |
| FEDERAL FINANCING BANK | ffb@treasury.gov |
| H&E EQUIPMENT SERVICES | kinda@he-equipment.com |
| SOLARRESERVE LLC | pauline.doohan@solarreserve.com |
| SOLARRESERVE LLC | rob.howe@solarrerve.com |
| US DEPARTMENT OF ENERGY | lpo.portfolio@hq.doe.gov |

# EXHIBIT C

**Tonopah Solar Energy , LLC**

**Master Service List**

| Creditor Name | Attn: | Fax |
|---|---|---|
| DELAWARE STATE TREASURY | | 302-739-2274 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 855-235-6787 |
| KELLEY DRYE & WARREN LLP | ATTN: JOEL RUBLIN, ESQ. & BENJAMIN D. FEDER, ESQ. | 212-808-7897 |
| OFFICE OF THE UNITED STATES ATTORNEY | | 302-573-6220 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID L. BUCHINDER & DAVID VILLAGRANA | 302-573-6497 |
| POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, ESQ. | 302-658-1192 |
| POTTER ANDERSON & CORROON LLP | ATTN: L. KATHERINE GOOD, ESQ. | 302-658-1192 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | 302-739-3811 |
| SECURITIES & EXCHANGE COMMISSION | | 202-772-9295 |
| US DEPARTMENT OF ENERGY | C/O ALLEN & OVERY LLP | 212-610-6417; 212-756-1171 |
| US DEPARTMENT OF ENERGY | ATTN: MONIQUE FRIDELL | 202-586-4052 |
| US DEPARTMENT OF ENERGY | ATTN: SVEN HODGES | 202-287-6949 |
| US DEPARTMENT OF ENERGY | LOAN GUARANTEE PROGRAM | 202-287-5816 |
| US DEPARTMENT OF ENERGY | | 202-586-1661 |

**Banks**

| Creditor Name | Attn: | Fax |
|---|---|---|
| PNC BANK NATIONAL ASSOCIATION | ATTN FELICIA BAIRD | 412-762-6519 |

**Tonopah Solar Energy , LLC**

### Utilities

| Creditor Name | Fax |
|---|---|
| SIERRA PACIFIC POWER COMPANY | 907-543-3152 |
| TONOPAH PUBLIC UTILITIES | 775-482-3778 |

### Tax

| Creditor Name | Fax |
|---|---|
| CALIFORNIA FRANCHISE TAX BOARD | 916-843-6022 |
| NEVADA DEPT OF TAXATION | 775-684-2020 |
| NEVADA DEPT OF TAXATION | 702-486-3377 |
| NEVADA DEPT OF TAXATION | 775-688-1303 |
| NEVADA DEPT OF TAXATION | 702-486-2373 |
| NYE COUNTY ASSESSOR - PERSONAL PROP | 775-751-4207 |
| NYE COUNTY ASSESSOR - REAL PROP TXS | 775-482-8178 |
| TOWN OF TONOPAH | 775-482-3778 |

### UCC Lienholders

| Creditor Name | Attn: | Fax |
|---|---|---|
| BRAHMA GROUP INC | | 801-359-4973 |
| BRAHMA GROUP INC | ATTN CLAY STANALAND | 801-359-4973 |
| BRAHMA GROUP INC | ATTN DAVID ZIMMERMAN, VP & GC | 801-359-4973 |
| FEDERAL FINANCING BANK | ATTN CFO | 202-622-0707 |
| H&E EQUIPMENT SERVICES | | 225-298-5382 |
| MIDLAND LOAN SERVICES, INC. | | 913-253-9001 |
| NOOTER ERICKSON, INC. | | 636-651-1505 |
| SOLARRESERVE LLC | ATTN LEGAL DEPT | 310-315-2201 |
| SOLARRESERVE LLC | ATTN MARY B CECCARELLI, OPERATIONS MGR | 310-315-2201 |
| SOLARRESERVE LLC | ATTN PAULINE DOOHAN | 310-315-2201 |
| SOLARRESERVE LLC | C/O CHADBOURNE & PARKE LLP | 213-892-2045 |
| UNITED STATES TREASURY | LOAN GUARANTEE PROGRAM | 202-622-6415 |
| US DEPARTMENT OF ENERGY | LOAN GUARANTEE PROGRAM | 202-287-5816 |