# EXHIBIT J

## Cobra Backstop Letter of Credit

[ISSUING BANK'S LETTERHEAD]

JULY __, 2020

WE HEREBY ISSUE OUR IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER _________ AS FOLLOWS:

ISSUING BANK: ITAU CORPBANCA (NEW YORK BRANCH)
IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER _________
DATE OF ISSUE: JULY __, 2020
DATE AND PLACE OF EXPIRY: DECEMBER 31, 2020, NEW YORK
APPLICANT: COBRA INSTALACIONES Y SERVICIOS, S.A.
AMOUNT: UP TO USD 23,150,000.00
CREDIT AVAILABLE WITH: ITAU CORPBANCA (NEW YORK BRANCH), 885 THIRD AVENUE, 33RD FLOOR NEW YORK, NEW YORK 10022-5094

BENEFICIARY**:**
PNC BANK, NATIONAL ASSOCIATION,
D/B/A MIDLAND LOAN SERVICES,
A DIVISION OF PNC BANK, NATIONAL ASSOCIATION,
AS COLLATERAL AGENT

LADIES AND GENTLEMEN:

AT THE REQUEST AND FOR THE ACCOUNT OF OUR CUSTOMER, COBRA INSTALACIONES Y SERVICIOS, S.A. (THE **"APPLICANT"**), WE HEREBY ISSUE IN FAVOR OF PNC BANK, NATIONAL ASSOCIATION, DOING BUSINESS AS MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION (**"BENEFICIARY"**), IN ITS CAPACITY AS COLLATERAL AGENT UNDER THAT CERTAIN COLLATERAL AGENCY AND ACCOUNTS AGREEMENT, DATED AS OF SEPTEMBER 23, 2011, BY AND AMONG TONOPAH SOLAR ENERGY, LLC, U.S. DEPARTMENT OF ENERGY, AS LOAN SERVICER AND BENEFICIARY, AS COLLATERAL AGENT, OUR IRREVOCABLE STANDBY LETTER OF CREDIT NO. ___________ (THIS **"STANDBY LETTER OF CREDIT"**) IN THE MAXIMUM AGGREGATE AMOUNT OF USD 23,150,000.00 (THE **"AVAILABLE AMOUNT"**).

WE ARE INFORMED BY APPLICANT THAT THIS STANDBY LETTER OF CREDIT IS ISSUED TO BENEFICIARY IN CONNECTION WITH THE OBLIGATIONS OF CERTAIN AFFILIATES OF THE APPLICANT UNDER THAT CERTAIN LETTER AGREEMENT DATED JULY __, 2020 (THE **"LETTER AGREEMENT"**) AMONG COBRA THERMOSOLAR PLANTS, INC., ACS SERVICIOS COMUNICACIONES Y ENERGÍA S.L., COBRA ENERGY INVESTMENT, LLC, THE U.S. DEPARTMENT OF ENERGY, AS LOAN SERVICER AND GUARANTOR, AND THE BENEFICIARY, AS COLLATERAL AGENT.

THIS STANDBY LETTER OF CREDIT SHALL TERMINATE AT 5:00 PM (EASTERN) IN NEW YORK, UNITED STATES OF AMERICA, ON THE EARLIER OF (X) DECEMBER 31,

2020 AND (Y) THE DATE ON WHICH DRAWINGS HEREUNDER TOTAL, IN AN AGGREGATE AMOUNT, THE AVAILABLE AMOUNT OF THIS STANDBY LETTER OF CREDIT (SUCH EARLIER DATE, THE "**LOC EXPIRATION DATE**").

SUBJECT TO THE PROVISIONS HEREIN, THE AVAILABLE AMOUNT UNDER THIS STANDBY LETTER OF CREDIT IS AVAILABLE AGAINST OUR RECEIPT OF A SIGHT DRAFT ON OR BEFORE THE LOC EXPIRATION DATE IN THE AMOUNT OF THE REQUESTED DRAWING , IN THE FORM OF ANNEX 1 (A **"SIGHT DRAFT"**) AND A CERTIFICATE IN THE FORM OF ANNEX 2 (A **"DRAW CERTIFICATE"**) WITH THE BLANKS APPROPRIATELY COMPLETED. ALL DOCUMENTS PRESENTED MUST BE IN ENGLISH AND REFER TO THE NUMBER AND DATE OF THIS STANDBY LETTER OF CREDIT.

SUBJECT TO THE PROVISIONS HEREIN, WE HEREBY AUTHORIZE BENEFICIARY TO MAKE DRAWINGS HEREUNDER FROM TIME TO TIME, IN AN AGGREGATE AMOUNT NOT IN EXCESS OF THE AVAILABLE AMOUNT FROM THE DATE HEREOF THROUGH THE CLOSE OF BUSINESS IN NEW YORK, UNITED STATES OF AMERICA, ON THE LOC EXPIRATION DATE.

PARTIAL AND MULTIPLE DRAWINGS ARE PERMITTED UNDER THIS STANDBY LETTER OF CREDIT. EACH PARTIAL DRAWING SHALL REDUCE THE AVAILABLE AMOUNT THEREAFTER AVAILABLE HEREUNDER FOR DRAWINGS UNDER THIS STANDBY LETTER OF CREDIT. UPON PAYMENT OF DRAWINGS IN AN AGGREGATE AMOUNT EQUAL TO THE AVAILABLE AMOUNT OF THIS STANDBY LETTER OF CREDIT, WE SHALL BE FULLY DISCHARGED OF OUR OBLIGATION UNDER THIS STANDBY LETTER OF CREDIT AND WE SHALL NOT THEREAFTER BE OBLIGED TO MAKE ANY FURTHER PAYMENTS UNDER THIS STANDBY LETTER OF CREDIT.

WE HEREBY IRREVOCABLY AUTHORIZE BENEFICIARY TO PRESENT ANY SIGHT DRAFT AND DRAW CERTIFICATE TO US ON ANY BUSINESS DAY, ON OR BEFORE THE LOC EXPIRATION DATE, IN ACCORDANCE WITH THE TERMS OF THIS STANDBY LETTER OF CREDIT. THE SIGHT DRAFT AND DRAW CERTIFICATE SHALL BE DELIVERED TO THE ISSUING BANK EITHER (I) VIA ELECTRONIC MAIL, SENT TO [ ] OR (II) VIA COURIER OR CERTIFIED MAIL, SENT TO [ ], FOLLOWED IMMEDIATELY BY DELIVERY OF AN ELECTRONIC COPY OF THE DRAW CERTIFICATE VIA ELECTRONIC MAIL, SENT TO [ ]; AND IN EITHER CASE, ANY SUCH DELIVERY SHALL BE FOLLOWED IMMEDIATELY UPON DELIVERY BY A CONFIRMATORY CALL MADE BY THE BENEFICIARY TO THE ISSUING BANK DURING STANDARD BUSINESS HOURS TO THE FOLLOWING TELEPHONE NUMBER [ ] INDICATING THAT A SIGHT DRAFT AND DRAW CERTIFICATE HAS BEEN PROVIDED.[1]

IF WE RECEIVE A SIGHT DRAFT AND CONFORMING DRAW CERTIFICATE AT OR BEFORE 11:00 AM (NEW YORK TIME), WE WILL PAY BENEFICIARY IN ACCORDANCE WITH BENEFICIARY'S INSTRUCTIONS WITHIN THREE (3) BUSINESS DAYS. IF WE RECEIVE A SIGHT DRAFT AND CONFORMING DRAW CERTIFICATE ON A BUSINESS

[1] ICNY to complete details.

DAY AFTER 11:00 AM (NEW YORK TIME), WE WILL PAY BENEFICIARY IN ACCORDANCE WITH BENEFICIARY'S INSTRUCTIONS ON THE FOURTH (4th) BUSINESS DAY AFTER OUR RECEIPT OF SUCH DRAW CERTIFICATE. IF A DEMAND FOR PAYMENT MADE BY BENEFICIARY HEREUNDER DOES NOT, IN ANY INSTANCE, COMPLY WITH THE TERMS OF THIS STANDBY LETTER OF CREDIT, WE SHALL GIVE BENEFICIARY PROMPT NOTICE THAT THE DEMAND FOR PAYMENT WAS NOT EFFECTED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THIS STANDBY LETTER OF CREDIT, STATING THE REASONS THEREFORE. UPON BEING NOTIFIED THAT THE DEMAND FOR PAYMENTS WAS NOT EFFECTED IN CONFORMITY WITH THIS STANDBY LETTER OF CREDIT, BENEFICIARY MAY ATTEMPT TO CORRECT ANY SUCH NONCONFORMING DEMAND. OUR ONLY OBLIGATION WITH REGARD TO A DRAWING MADE UNDER THIS STANDBY LETTER OF CREDIT SHALL BE TO EXAMINE SUCH SIGHT DRAFT AND DRAW CERTIFICATE AND TO PAY IN ACCORDANCE THEREWITH IF THE SAME CONFORMS TO THE TERMS AND CONDITIONS OF THIS STANDBY LETTER OF CREDIT, AS IT MAY BE AMENDED WITH BENEFICIARY'S WRITTEN CONSENT, AND WE SHALL NOT BE OBLIGATED TO MAKE ANY INQUIRY IN CONNECTION WITH DEMANDS MADE UNDER THIS STANDBY LETTER OF CREDIT.

AS USED HEREIN A **"BUSINESS DAY"** SHALL MEAN ANY DAY OF THE YEAR OTHER THAN A SATURDAY, SUNDAY OR DAY ON WHICH COMMERCIAL BANKS ARE AUTHORIZED TO BE CLOSED FOR BUSINESS IN NEW YORK, NEW YORK, UNITED STATES OF AMERICA.

THIS STANDBY LETTER OF CREDIT SETS FORTH IN FULL THE TERMS OF OUR UNDERTAKING AND THIS UNDERTAKING SHALL NOT IN ANY WAY BE MODIFIED, AMENDED, LIMITED OR AMPLIFIED BY REFERENCE TO ANY DOCUMENT, INSTRUMENT OR AGREEMENT REFERRED TO HEREIN, EXCEPT FOR THE ANNEX ATTACHED HERETO, WHICH IS HEREBY INCORPORATED BY REFERENCE, AND ANY SUCH REFERENCE SHALL NOT BE DEEMED TO INCORPORATE HEREIN BY REFERENCE ANY DOCUMENT, INSTRUMENT, OR AGREEMENT EXCEPT FOR SUCH ANNEX.

THIS STANDBY LETTER OF CREDIT IS NOT TRANSFERABLE.

ALL COMMISSIONS AND CHARGES ARE FOR THE ACCOUNT OF THE APPLICANT.

WE HEREBY CONFIRM TO BENEFICIARY THAT DRAWINGS MADE HEREUNDER THAT ARE IN COMPLIANCE WITH THE TERMS OF THIS STANDBY LETTER OF CREDIT SHALL BE HONORED IN ACCORDANCE WITH THE TERMS HEREOF. THIS STANDBY LETTER OF CREDIT AND THE ATTACHED ANNEXES ARE SUBJECT TO THE INTERNATIONAL STANDBY PRACTICES 1998 (CHAMBER OF COMMERCE PUBLICATION NO. 590) (**"ISP98"**) AND, AS TO MATTERS NOT ADDRESSED BY ISP98, SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK IN THE UNITED STATES OF AMERICA WITHOUT REFERENCE TO RULES OR PRINCIPLES THAT WOULD REQUIRE THE APPLICATION OF THE LAWS OF ANY OTHER JURISDICTION.

VERY TRULY YOURS,
ITAU CORPBANCA (NEW YORK BRANCH)

BY:__________________________

ANNEX 1
SIGHT DRAFT

[BENEFICIARY'S LETTERHEAD]

[DATE]

DRAW UNDER ITAU CORPBANCA (NEW YORK BRANCH)

IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER _________
DATED ________________________

ITAU CORPBANCA (NEW YORK BRANCH)

885 THIRD AVENUE, 33RD FLOOR NEW YORK

NEW YORK 10022-5094

ATTN: STANDBY LETTER OF CREDIT UNIT

LADIES AND GENTLEMEN:

PAY TO THE ORDER OF PNC BANK, NATIONAL ASSOCIATION, DOING BUSINESS AS MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, AS COLLATERAL AGENT, THE AMOUNT OF USD ____________________, DRAWN UNDER ITAU CORPBANCA (NEW YORK BRANCH) IRREVOCABLE STANDBY LETTER OF CREDIT NO. _________, DATED __________________ (THE "LETTER OF CREDIT"). THE DRAW CERTIFICATE IS ATTACHED. PAYMENT PURSUANT TO THIS DRAWING SHALL BE MADE TO ABA NUMBER ______________[2], ACCOUNT NUMBER _______________[3] ATTENTION: _______________[4].

PNC BANK, NATIONAL ASSOCIATION, DOING BUSINESS AS MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, AS COLLATERAL AGENT

By: ___________________________

[2] PNC to complete at presentment.

[3] PNC to complete at presentment.

[4] PNC to complete at presentment.

Name: ___________________________
Title: ____________________________

ANNEX 2
TO LETTER OF CREDIT

DRAW CERTIFICATE
RE: IRREVOCABLE STANDBY LETTER OF CREDIT NO. _______________ DATED JULY __, 2020

ITAU CORPBANCA (NEW YORK BRANCH)

885 THIRD AVENUE, 33RD FLOOR NEW YORK

NEW YORK 10022-5094

ATTN: STANDBY LETTER OF CREDIT UNIT

THIS DRAW CERTIFICATE IS DELIVERED BY PNC BANK, NATIONAL ASSOCIATION, DOING BUSINESS AS MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, AS COLLATERAL AGENT (THE **"BENEFICIARY"**). DEMAND IS HEREBY MADE FOR PAYMENT IN THE AMOUNT OF USD (XXXXX) (THE **"DRAWING AMOUNT"**) UNDER IRREVOCABLE STANDBY LETTER OF CREDIT NUMBER _________________ DATED JULY ____, 2020 (THE **"STANDBY LETTER OF CREDIT"**), ISSUED FOR THE ACCOUNT OF COBRA INSTALACIONES Y SERVICIOS, S.A. (THE **"APPLICANT"**) IN ACCORDANCE WITH THE LETTER AGREEMENT DATED JULY __, 2020 (THE **"LETTER AGREEMENT"**) AMONG COBRA THERMOSOLAR PLANTS, INC., ACS SERVICIOS COMUNICACIONES Y ENERGÍA S.L., COBRA ENERGY INVESTMENT, LLC, THE U.S. DEPARTMENT OF ENERGY, AS LOAN SERVICER AND GUARANTOR (THE **"DOE"**), AND THE BENEFICIARY. IN CONNECTION WITH SUCH DEMAND WE HEREBY CERTIFY TO ITAU CORPBANCA (NEW YORK BRANCH) (THE "**ISSUING BANK**") AS FOLLOWS:

1. ONE OF MORE OF THE DRAW CONDITIONS UNDER SECTION [●] OF THE LETTER AGREEMENT HAS BEEN SATISFIED, AS NOTIFIED TO THE BENEFICIARY BY THE DOE, AND THE BENEFICIARY IS MAKING A DRAW UNDER THE STANDBY LETTER OF CREDIT PURSUANT TO DOE INSTRUCTIONS.

2. THE DRAWING AMOUNT DOES NOT EXCEED THE CURRENT AVAILABLE AMOUNT OF THE STANDBY LETTER OF CREDIT.

3. THE BENEFICIARY IS ENTITLED TO MAKE THIS DRAWING IN SOLE RELIANCE UPON DOE'S INSTRUCTIONS PURSUANT TO THE TERMS OF THE LETTER AGREEMENT.

4. THE BENEFICIARY HEREBY IRREVOCABLY AUTHORIZES AND DIRECTS THE ISSUING BANK TO PAY THE DRAWING AMOUNT IN USD AND IN IMMEDIATELY AVAILABLE FUNDS TO XXXXX, ATTENTION: XXXXXXXXX, FOR DEPOSIT IN ACCOUNT NUMBER XXXXXX.

DATE: XXXXXXXXX

PNC BANK, NATIONAL ASSOCIATION, DOING BUSINESS AS MIDLAND LOAN SERVICES, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION, AS COLLATERAL AGENT

By: ___________________________
Name: _________________________
Title: __________________________