**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TONOPAH SOLAR ENERGY, LLC, [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-11884 (KBO) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 31, 2020, I caused to be served the following:

   a. "Declaration of Justin D. Pugh in Support of Debtor's Chapter 11 Petition and First Day Motions," dated July 30, 2020 [Docket No. 2], (the "Pugh Declaration"),

   b. "Debtor's Application for Entry of Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date," dated July 30, 2020, [Docket No. 3], (the "Epiq Retention Application"),

   c. "Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto," dated July 30, 2020, [Docket No. 4], (the "Utility Motion),

   d. "Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of The Bankruptcy Code, (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316). The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated July 30, 2020, [Docket No. 5], (the "Tax Motion"),

e. "Debtor's Motion for Entry of Interim and Final Orders, Pursuant To Sections 105(a), 363(b), 503(b)(9), 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtor to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers and (B) Certain Vendors Entitled to Administrative Expense Priority Under Section 503(b)(9) of the Bankruptcy Code; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated July 30, 2020 [Docket 6], (the "Critical Vendor Motion"),

f. "Debtor's Motion For Entry of Interim and Final Orders, Pursuant to Sections 105(a), 361, 362, 363, 507, and 552, Bankruptcy Rules 2002, 4001, and 9014, and Local Rule 4001-2 (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 (b)(2), and (IV) Granting Relief," dated July 30, 2020, [Docket 8], (the "Cash Collateral Motion"),

g. "Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor's to (A) Continue to Maintain its Cash Management System, Including Bank Accounts and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto; (II)Waiving (A) Certain Operating Guidelines, and (B) Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief," dated July 30, 2020, [Docket No. 23], (the "Cash Management Motion"),

h. "Chapter 11 Plan for Tonopah Solar Energy, LLC," dated July 30, 2020, [Docket No. 25], (the "Plan"),

i. "Disclosure Statement for Chapter 11 Plan for Tonopah Solar Energy, LLC," [Docket No. 26], (the "Disclosure Statement"),

j. "Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures For Distribution, (C) Approving the Form of Ballot and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief," dated July 30, 2020, [Docket 36], (the "Solicitation Procedures Motion"),

k. "Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals," dated July 30, 2020, [Docket No. 37], (the "Interim Compensation Motion"),

l. "Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective

as of The Petition Date, and (II) Waiving Certain Information Requirements of Local Rule 2016-2," dated July 30, 2020, [Docket No. 38], (the "OCB Motion"),

m. "Debtor's Motion for Entry of an Order Extending the Time, and Upon Plan Confirmation, Waiving the Requirement, for Filing Schedules and Statements," dated July 30, 2020, [Docket No. 39], (the "Motion to Extend Schedules"),

n. "Debtor's Application for Order Authorizing Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for Debtor, Nunc Pro Tunc to Petition Date," dated July 30, 2020, [Docket No. 40], ( the "Willkie Retention Application"),

o. "Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Bankruptcy Co-Counsel to the Debtor, Effective as of the Petition Date," dated July 30, 2020, [Docket No. 41], (the "YCST Retention Application"),

p. "Debtor's Application for Entry of an Order Authorizing the Debtor to Retain FTI Consulting, Inc. to Provide the Debtor with Management Services and Additional Personnel, Effective as of the Petition Date," dated July 30, 2020, [Docket No. 42], (the "FTI Retention Application"),

q. "Debtor's Application for an Order Authorizing the Retention and Employment of Wilson Sonsini Goodrich & Rosati, P.C. as Special Corporate, Litigation and Regulatory Counsel, Effective as of the Petition Date," dated July 30, 2020, [Docket No. 43], (the "Wilson Retention Application"),

r. "Debtor's Application for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date," dated July 30, 2020, [Docket No. 44], (the "Epiq Advisor Retention Application"),

s. "Application of the Debtor for Entry of an Order (I) Authorizing Employment And Retention of Houlihan Lokey Financial Advisors, Inc. as Valuation Expert for the Debtor Effective as of The Petition Date, and (II) Modifying Certain Information Requirements of Local Rule 2016-2," dated July 30, 2020, [Docket No. 45], (the "Houlihan Retention Application"),

t. "Debtor's Motion for Entry of an Order Authorizing the Debtor to Enter into Operation and Maintenance Agreement," dated July 30, 2020, [Docket No. 46], (the "Maintenance Motion"),

u. "Debtor's Motion for Entry of an Order Authorizing Rejection of Operation and Maintenance Agreement Effective as of the Petition Date of Transfer of Operations and Maintenance Services," dated July 30, 2020, [Docket No. 47], (the "Rejection Motion"),

v. "Notice of Filing of Plan Supplement for the Chapter 11 Plan for Tonopah Solar Energy, LLC," dated July 30, 2020, [Docket No. 49], (the "Plan Supplement"),

w. "Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of Petition Date," dated July 31, 2020, [Docket No. 51], (the "Epiq Retention Order"),

x. "Interim Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief," dated July 31, 2020, [Docket No. 52], (the "Utility Interim Order"),

y. "Interim Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated July 31, 2020, [Docket No. 53], (the "Tax Interim Order"),

z. "Interim Order, Pursuant to Sections 105(a), 363(b), 503(b)(9), 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtor to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers and (B) Certain Vendors Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto," dated July 31, 2020, [Docket No. 54], (the "Critical Vendor Order"),

aa. "Interim Order (I) Authorizing the Debtor to (A) Continue to Maintain its Cash Management System, Including Bank Accounts and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving (A) Certain Operating Guidelines, and (B) Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief," dated July 31, 2020, [Docket No. 55], (the "Cash Management Order"),

bb. "Interim Order Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363, 503, 507, and 552, Bankruptcy Rules 2002, 4001, and 9014, and Local Rule 4001-2 (I) Authorizing Limited Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (IV) Granting Related Relief," dated July 31, 2020, [Docket No. 59], (the "Cash Collateral Order"), and

cc. "Omnibus Notice of First Day Pleadings and Final Hearing Thereon," dated July 31, 2020, [Docket No. 60], (the "Omnibus Notice"),

by causing true and correct copies to be:

i. Pugh Declaration, Epiq Retention Application, Utility Motion, Tax Motion, Critical Vendor Motion, Cash Collateral Motion, Cash Management Motion, Plan, Disclosure Statement, Solicitation Procedures Motion, Interim Compensation Motion, OCB Motion, Motion to Extend Schedules, Willkie

Retention Application, YCST Retention Application, FTI Retention Application, Wilson Retention Application, Epiq Advisor Retention Application, Houlihan Retention Application, Maintenance Motion, Rejection Motion, Plan Supplement, Epiq Retention Order, Utility Interim Order, Tax Interim Order, Critical Vendor Order, Cash Management Order, Cash Collateral Order and Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. Pugh Declaration, Epiq Retention Application, Utility Motion, Tax Motion, Critical Vendor Motion, Cash Collateral Motion, Cash Management Motion, Plan, Disclosure Statement, Solicitation Procedures Motion, Interim Compensation Motion, OCB Motion, Motion to Extend Schedules, Willkie Retention Application, YCST Retention Application, FTI Retention Application, Wilson Retention Application, Epiq Advisor Retention Application, Houlihan Retention Application, Maintenance Motion, Rejection Motion, Plan Supplement, Epiq Retention Order, Utility Interim Order, Tax Interim Order, Critical Vendor Order, Cash Management Order, Cash Collateral Order and Omnibus Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

iii. Tax Motion, Critical Vendor Motion, Cash Collateral Motion, Cash Management Motion, Tax Interim Order, Critical Vendor Order, Cash Management Order, Cash Collateral Order and Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv. Tax Motion, Tax Interim Order and Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v. Utility Motion, Utility Order and Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi. Cash Collateral Motion, Cash Collateral Order and Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii. OCB Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G,

viii. Tax Motion, Critical Vendor Motion, Cash Collateral Motion, Cash Management Motion, Tax Interim Order, Critical Vendor Order, Cash Management Order, Cash Collateral Order and Omnibus Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit H,

ix. Utility Motion, Utility Interim Order and Omnibus Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit I, and

x. Cash Collateral Motion, Cash Collateral Order and Omnibus Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit J.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
3rd day of August, 2020
/s/ Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BAY VALVE SERVICE & ENGINEERING, LLC | SCOTT SHULTZ 3948 TEAL CT. BENICIA CA 94510-1202 |
| BLAIR-MARTIN CO., INC. | WAYNE DEPEW 1500 E. BURNETT STREET SIGNAL HILL CA 90755 |
| CASHMAN EQUIPMENT COMPANY | JORDAN CLARY 3306 ST ROSE PKWY HENDERSON NV 89052 |
| COBRA ENERGY INVESTMENT, LLC | ATTN: RAMON JIMENEZ C/O ASESORIA GRUPO COBRA C/O CARDENAL MARCELO SPINOLA, 10 MADRID 28016 SPAIN |
| COBRA THERMOSOLAR PLANTS INC | ATTN JAVIER PEREDA 7380 W SAHARA AVE, STE 160 LAS VEGAS NV 89117 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD SUITE 100 DOVER DE 19904 |
| DP SYSTEMS, LLC | ROBERT SCOTT LUKS 1919 WEST 2300 SOUTH WEST VALLEY CITY UT 84119 |
| DXP ENTERPRISES INC DBA CORTECH ENGINEERING | CARL CIOFFI PO BOX 1697 HOUSTON TX 77251-0169 |
| EDWARDS VACUUM, LLC | DOMINIC MINASSIAN 6416 INDUCON DR SANBORN NY 14132 |
| FLIPPIN'S TRENCHING INC. | KEN FLIPPIN 2645 MARION DRIVE LAS VEGAS NV 89115 |
| FLOWSERVE CORP | ROGER CHAVEX 1909 E CASHDAN ST RANCHO DOMINGUEZ CA 90220 |
| GE STEAM POWER, INC. | ANDY JOHNSON 175 ADDISON ROAD WINDSOR CT 06095 |
| GENERAL ELECTRIC INTERNATIONAL, INC. | RAYMOND FRANK 4200 WILDWOOD PARKWAY ATLANTA GA 30339 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO COBRA) ATTN: ERIC R. WILSON, ESQ., JOEL S. RUBLIN, ESQ., BENJAMIN D. FEDER, ESQ., CASSANDRA POSTIGHONE, ESQ 101 PARK AVENUE NEW YORK NY 10178 |
| MERTEC ENGINEERING, CMP SALES CORPORATION | JORDAN RICCARDI 1232 MONTE VISTA AVE #9 UPLAND CA 91786 |
| MSC INDUSTRIAL SUPPLY INC | TERRY STAGGS PO BOX 953635 ST LOUIS MO 63195 |
| NEVADA DEPARTMENT OF TAXATION | 1550 COLLEGE PARKWAY, SUITE 115 CARSON CITY NV 89706 |
| NYE COUNTY ASSESSOR - PERSONAL PROPERTY TAXES | MARIE BECHT 160 N. FLOYD DRIVE PAHRUMP NV 89060 |
| NYE COUNTY ASSESSOR - REAL PROPERTY TAXES | JOHN PRUDHONT PO BOX 473 TONOPAH NV 89049-0473 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DAVID L. BUCHBINDER & DAVID VILLAGRANA J. CALEBB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 LOCKBOX 35 WILMINGTON DE 19801 |
| PIC GROUP, INC | ACCOUNTS RECEIVABLE MANAGER 1165 NORTHCHASE PKWY, STE 400 MARIETTA GA 30067 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO COBRA) ATTN: CHRISTOPHER M. SAMIS, ESQ., L. KATHARINE GOOD, ESQ., AARON H. STULMAN, ESQ. 1313 NORTH MARKET ST, 6TH FLOOR P.O. BOX 951 WILMINGTON DE 19801 |
| RYAN MECHANICAL INC | ATTN: BRET ANDERSON 3335 WYNN ROAD LAS VEGAS NV 89102 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET NE WASHINGTON DC 20549 |
| SUNBELT RENTALS, INC. | ATTN: CASEY COUNTRYMAN P.O. BOX 409211 ATLANTA GA 30384-9211 |
| THE U.S. DEPARTMENT OF JUSTICE | ATTN: STEVEN A. ENGEL 950 PENNSYLVANIA, NW WASHINGTON DC 20530 |
| THOMPSON KNIGHT | (COUNSEL FOR COLLATERAL AGENT(PNC BANK)) ATTN: BRUCE J. ZABARAUSKAS 1722 ROUTH STREET, 15TH FLOOR DALLAS TX 75201 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: RODNEY A. MORRIS CIVIL DIVISION P.O. BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UINTAH MACHINE & MFG CO | ATTN: ROLAND HAMILTON 521 WEST MAIN - P.O. BOX 8 DUCHESNE UT 84021 |
| UNITED RENTALS (NORTH AMERICA), INC. | ATTN: GERALD GRANATA FILE 51122 LOS ANGELES CA 90074-1122 |
| US DEPARTMENT OF ENERGY | C/O ALLEN & OVERY LLP ATTN: JOSEPH BADTKE-BERKOW & LAURA HALL 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| US DEPARTMENT OF ENERGY | ATTN: RODNEY MORRIS & PHILLIP SELIGMAN 950 PENNSYLVANIA AVENUE WASHINGTON DC 20530 |
| US DEPARTMENT OF ENERGY | ATTN: MONIQUE FRIDELL 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |
| US DEPARTMENT OF ENERGY | ATTN: SVEN HODGES 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |
| US DEPARTMENT OF ENERGY | LOAN GUARANTEE PROGRAM ATTN: DIR, PORFOLIO MANAGEMENT 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |
| US DEPARTMENT OF ENERGY | 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |

**Total Creditor count 41**

# EXHIBIT B

**Tonopah Solar Energy, LLC**

| Creditor Name | Email Address |
|---|---|
| BAY VALVE SERVICE & ENGINEERING, LLC | scotts@bay-valve.com |
| BLAIR-MARTIN CO., INC. | wdepew@blairmartin.com |
| CASHMAN EQUIPMENT COMPANY | jordanclary@cashmanequipment.com |
| COBRA ENERGY INVESTMENT, LLC | rjserrano@grupocobra.com |
| COBRA THERMOSOLAR PLANTS INC | jpereda@grupocobra.com |
| DELAWARE STATE TREASURY | liza.davis@delaware.gov |
| DP SYSTEMS, LLC | scottl@dpindustrialinc.com |
| DXP ENTERPRISES INC DBA CORTECH ENGINEERING | carl.cioffi@dxpe.com |
| EDWARDS VACUUM, LLC | dominic.minassian@edwardsvacuum.com |
| FLIPPIN'S TRENCHING INC. | kenjr@flippins.com |
| FLOWSERVE CORP | rochavez@flowserve.com |
| GE STEAM POWER, INC. | andrew.johnson1@ge.com |
| GENERAL ELECTRIC INTERNATIONAL, INC. | raymond.frank@ge.com |
| KELLEY DRYE & WARREN LLP | jrublin@kelleydrye.com;<br>bfeder@kelleydrye.com;<br>ewilson@kelleydrye.com<br>cpostighone@kelleydrye.com |
| MERTEC ENGINEERING, CMP SALES CORPORATION | jordanr@mertec.net |
| MSC INDUSTRIAL SUPPLY INC | branchphx@mscdirect.com |
| NEVADA DEPARTMENT OF TAXATION | nevadaolt@tax.state.nv.us |
| NYE COUNTY ASSESSOR - REAL PROPERTY TAXES | treasurer@co.nye.nv.us |
| NYE COUNTY ASSESSOR - PERSONAL PROPERTY TAXES | mbecht@co.nye.nv.us |
| OFFICE OF THE US TRUSTEE | david.l.buchbinder@usdoj.gov;<br>david.villagrana2@usdoj.gov |
| PIC GROUP, INC | ar@picgroupinc.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com;<br>astulman@potteranderson.com;<br>kgood@@potteranderson.com |
| RYAN MECHANICAL INC | bret@ryan-mechanical.com |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SUNBELT RENTALS, INC. | casey.countryman@sunbeltrentals.com |
| THOMPSON KNIGHT | bruce.zabarauskas@tklaw.com |
| UINTAH MACHINE & MFG CO | rfhamilton@uintahmachine.com |
| UNITED RENTALS (NORTH AMERICA), INC. | ggranata@ur.com |

**Tonopah Solar Energy, LLC**

| | |
|---|---|
| US DEPARTMENT OF ENERGY | joseph.badtke-berkow@allenovery.com; laura.hall@allenovery.com |
| US DEPARTMENT OF ENERGY | monique.fridell@hq.doe.gov |
| US DEPARTMENT OF ENERGY | sven.hodges@hq.doe.gove |
| US DEPARTMENT OF ENERGY | lpo.portfolio@hq.doe.gov |
| US DEPARTMENT OF ENERGY | the.secretary@hq.doe.gov |
| US DEPARTMENT OF ENERGY | rodney.morris2@usdoj.gov; phillip.seligman@usdoj.gov |

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| HSBC BANK USA, N.A. | 452 FIFTH AVE NEW YORK NY 10018 |
| JPMORGAN CHASE BANK, N.A. | 131 S DEARBORN, 5TH FL MAIL CODE IL1-0236 CHICAGO IL 60603-5506 |
| PNC BANK NATIONAL ASSOCIATION | ATTN FELICIA BAIRD 500 1ST AVE PITTSBURGH PA 15219 |
| PNC BANK NATIONAL ASSOCIATION | 249 FIFTH AVENUE PITTSBURGH PA 15222 |
| PNC BANK NATIONAL ASSOCIATION | D/B/A MIDLAND LOAN SERVICES ATTN CHARLES PETERSON 10851 MASTIN, STE 700 OVERLAND PARK KS 66210 |
| PNC BANK NATIONAL ASSOCIATION | D/B/A MIDLAND LOAN SERVICES ATTN JACOB COPPLE 10851 MASTIN, STE 700 OVERLAND PARK KS 66210 |
| PNC BANK NATIONAL ASSOCIATION | D/B/A MIDLAND LOAN SERVICES 10851 MASTIN, STE 700 OVERLAND PARK KS 66210 |
| WELLS FARGO BANK, N.A. | NC6034 401 RESEARCH PKWY 1ST FLOOR WINSTON-SALEM NC 27101-4157 |
| WELLS FARGO BANK, N.A. | 400 HAMILTON AVE, STE 210 PALO ALTO CA 94301 |
| WELLS FARGO CORPORATE VISA | PO BOX 29482 PHOENIX AZ 29482 |

**Total Creditor count 10**

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94257-0531 |
| CALIFORNIA FRANCHISE TAX BOARD | 3321 POWER INN RD STE 250 SACRAMENTO CA 95826-3893 |
| NEVADA DEPT OF TAXATION | 2550 PASEO VERDE STE 180 HENDERSON NV 89074 |
| NEVADA DEPT OF TAXATION | GRANT SAWYER OFFICE BLDG 555 E WASHINGTON AVE STE 1300 LAS VEGAS NV 89101 |
| NEVADA DEPT OF TAXATION | 4600 KIETZKE LANE BLDG L STE 235 RENO NV 89502 |
| NEVADA DEPT OF TAXATION | 1550 COLLEGE PKWY STE 115 CARSON CITY NV 89706 |
| NEVADA DEPT OF TAXATION | STATE OF NEVADA - SALES/USE P.O. BOX 7165 SAN FRANCISCO CA 94120-7165 |
| NYE COUNTY ASSESSOR - PERSONAL PROP | TAXES 160 N. FLOYD DRIVE PAHRUMP NV 89060 |
| NYE COUNTY ASSESSOR - REAL PROP TXS | PO BOX 473 101 RADAR ROAD TONOPAH NV 89049-0473 |
| TOWN OF TONOPAH | 140 S. MAIN STREET PO BOX 151 TONOPAH NV 89049 |

**Total Creditor count 10**

# EXHIBIT E

TONOPAH SOLAR ENERGY, LLC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMERIGAS | 20 HIGHWAY 95 A NORTH YERINGTON NV 89447 |
| DESERT GREEN DISPOSAL AND INDUSTRIAL LLC | 142 BOGY ALY ROUND MOUNTAIN NV 89405 |
| M&K ENTERPRISE | ATTN SHANNON STRINGER 762 N. MAIN PO BOX 50 TONOPAH NV 89049 |
| MIMOWORKS INTERNET LLC | PO BOX 1025 TONOPAH NV 89049 |
| NEXTIVA | 8800 E CHAPARRAL ROAD, SUITE 300 SCOTTSDALE AZ 85250 |
| SIERRA PACIFIC POWER COMPANY | PO BOX 30150 RENO NV 89520-0150 |
| TONOPAH PUBLIC UTILITIES | 140 S. MAIN STREET PO BOX 151 TONOPAH NV 89049 |

**Total Creditor count 7**

# EXHIBIT F

| Claim Name | Address Information |
| --- | --- |
| BRAHMA GROUP INC | 1132 SOUTH 500 WEST SALT LAKE CITY UT 84101 |
| BRAHMA GROUP INC | ATTN CLAY STANALAND 1132 SOUTH 500 WEST SALT LAKE CITY UT 84101 |
| BRAHMA GROUP INC | ATTN DAVID ZIMMERMAN, VP & GC 1132 SOUTH 500 WEST SALT LAKE CITY UT 84101 |
| FEDERAL FINANCING BANK | ATTN CFO MAIN TREASURY BLDG 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| H&E EQUIPMENT SERVICES | 7500 PECUE LANE BATON ROUGE LA 70809 |
| MIDLAND LOAN SERVICES, INC. | 10851 MASTIN, SUITE 300 OVERLAND PARK KS 66210 |
| NOOTER ERICKSON, INC. | ATTN: ACCOUNTS RECEIVABLE 1509 OCELLO DRIVE FENTON MO 63026 |
| SOLARRESERVE LLC | ATTN ROB HOWE, PROJECT DIR 7881 W CHARLESTON BLVD, STE 230 LAS VEGAS NV 89117 |
| SOLARRESERVE LLC | C/O CHADBOURNE & PARKE LLP ATTN THOMAS DUPUIS, ESQ 350 S GRAND AVE, STE 3200 LOS ANGELES CA 90071 |
| SOLARRESERVE LLC | ATTN MARY B CECCARELLI, OPERATIONS MGR 520 BROADWAY, 6TH FL SANTA MONICA CA 90401 |
| SOLARRESERVE LLC | ATTN PAULINE DOOHAN 520 BROADWAY, 6TH FL SANTA MONICA CA 90401 |
| SOLARRESERVE LLC | ATTN LEGAL DEPT 2425 OLYMPIC BLVD, STE 500E SANTA MONICA CA 90404 |
| UNITED STATES TREASURY | LOAN GUARANTEE PROGRAM 1000 INDEPENDENCE AV, SE WASHINGTON DC 20585 |
| US DEPARTMENT OF ENERGY | LOAN GUARANTEE PROGRAM ATTN DIRECTOR OF PORTFOLIO MGT 1000 INDEPENDENCE AVE SW WASHINGTON DC 20585 |

**Total Creditor count 14**

TONOPAH SOLAR ENERGY, LLC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: RODNEY MORRRIS, PHILLIP SELIGMAN CIVIL DIVISION 1100 L ST., NW, ROOM 7108 WASHINGTON DC 20005 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: RODNEY MORRRIS, PHILLIP SELIGMAN CIVIL DIVISION PO BOX 875-BEN FRANKLIN STATION WASHINGTON DC 20044 |

**Total Creditor count 2**

# EXHIBIT G

| Claim Name | Address Information |
|---|---|
| CHAFFETZ LINDSEY LLP | ATTN: ANIBAL SABATER 1700 BROADWAY, 33RD FLOOR NEW YORK NY 10019 |
| CTL GROUP | ATTN: DENNIS MCCANN 5400 OLD ORCHARD RD SKOKIE IL 60077 |
| DELOITTE TAX LLP | ATTN: THOMAS STEVENS 655 W. BROADWAY SAN DIEGO CA 92101 |
| JOEL PETERSON | 1455 SCENIC OAKS DRIVE ORANGE PARK FL 32065 |
| KILPATRICK TOWNSEND STOCKTON LLP | ATTN: RANDY HAFER 1100 PEACHTREE ST NE #2800 ATLANTA GA 30309 |
| PARSONS GOVERNMENT SERVICES, INC. | ATTN: TREVOR THOR 100 WEST WALNUT ST. PASADENA CA 91124 |
| POWER ENGINEERS, INC. | ATTN: BILL SCHRECKENGOST 3940 GLENBROOK DRIVE PO BOX 1066 HAILEY ID 83333 |
| WEINBERG, WHEELER, HUDGINS, GUNN, & | DIAL, LLC , ATTN: LEE ROBERTS 6385 S RAINBOW BLVD # 400 LAS VEGAS NV 89118 |

**Total Creditor count 8**

# EXHIBIT H

**Tonopah Solar Energy, LLC**

| Creditor Name | Email Address |
|---|---|
| HSBC BANK USA, N.A. | Gtrf.uscs@us.hsbc.com |
| PNC BANK NATIONAL ASSOCIATION | charles.peterson@pnc.com |
| PNC BANK NATIONAL ASSOCIATION | jacob.copple@midlandls.com |

# EXHIBIT I

**Tonopah Solar Energy, LLC**

| Creditor Name | Email Address |
|---|---|
| AMERIGAS | amerigaspropane@billtrust.com |
| DESERT GREEN DISPOSAL AND INDUSTRIAL LLC | desertgreendisposal@gmail.com |
| M&K ENTERPRISE | mandkshannon@hotmail.com |
| MIMOWORKS INTERNET LLC | support@mimoworks.com |
| TONOPAH PUBLIC UTILITIES | tpu@tonopahnevada.com |

# EXHIBIT J

**Tonopah Solar Energy, LLC**

| Creditor Name | Email |
|---|---|
| BRAHMA GROUP INC | corphr@bgi.email |
| BRAHMA GROUP INC | clar.stanaland@brahmagroupinc.com |
| BRAHMA GROUP INC | david.z@bgi.email.com |
| FEDERAL FINANCING BANK | ffb@treasury.gov |
| H&E EQUIPMENT SERVICES | kinda@he-equipment.com |
| SOLARRESERVE LLC | pauline.doohan@solarreserve.com |
| SOLARRESERVE LLC | rob.howe@solarrerve.com |
| US DEPARTMENT OF ENERGY | lpo.portfolio@hq.doe.gov |