# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 20-11884 (KBO) |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON AUGUST 24, 2020 AT 10:00 A.M. (ET)

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST APPEAR THROUGH COURTCALL, LLC.**

**PARTIES SHOULD CONTACT COURTCALL, LLC AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

## RESOLVED/ADJOURNED MATTERS

1. Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [D.I. 4, 7/30/20]

    Response/Objection Deadline:        August 14, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:      None

    Related Pleadings:

    A. Interim Order [D.I. 52, 7/31/20]

    B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60, 7/31/20]

    C. Certificate of No Objection [D.I. 86, 8/18/20]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316). The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

26918839.1

     D.    Final Order [D.I. 90, 8/19/20]

Status:    A final order has been entered.

2. Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 5, 7/30/20]

    Response/Objection Deadline:    August 14, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

    Related Pleadings:

        A.    Interim Order [D.I. 53, 7/31/20]

        B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60, 7/31/20]

        C.    Certificate of No Objection [D.I. 87, 8/18/20]

        D.    Final Order [D.I. 91, 8/19/20]

Status:    A final order has been entered.

3. Debtor's Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 503(b)(9), 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtor to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers and (B) Certain Vendors Entitled to Administrative Expense Priority Under Section 503(b)(9) of the Bankruptcy Code; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 6, 7/30/20]

    Response/Objection Deadline:    August 14, 2020 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

    Related Pleadings:

        A.    Interim Order [D.I. 54, 7/31/20]

        B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60, 7/31/20]

        C.    Certificate of No Objection [D.I. 88, 8/18/20]

D.  Final Order [D.I. 92, 8/19/20]

Status:  A final order has been entered.

4. Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Maintain Its Cash Management System, Including Bank Accounts and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving (A) Certain Operating Guidelines, and (B) Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief [D.I. 23, 7/30/20]

Response/Objection Deadline:    August 14, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:  None

Related Pleadings:

A.  Interim Order [D.I. 55, 7/31/20]

B.  Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60, 7/31/20]

C.  Certificate of No Objection [D.I. 89, 8/18/20]

D.  Final Order [D.I. 93, 8/19/20]

Status:  A final order has been entered.

5. Debtor's Motion for Entry of an Order Authorizing the Debtor to Enter into Operation and Management Agreement [D.I. 46, 7/30/20]

Response/Objection Deadline:    August 13, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:  None

Related Pleadings:

A.  Notice of Amended Exhibit [D.I. 79, 8/18/20]

Status:  This matter is adjourned until September 4, 2020 at 10:00 a.m. (ET).

6. Debtor's Motion for Entry of an Order Authorizing Rejection of Operation and Maintenance Agreement Effective as of the Date of Transfer of Operations and Maintenance Services [D.I. 47, 7/30/20]

Response/Objection Deadline:    August 13, 2020 at 4:00 p.m. (ET) [Extended until August 28, 2020 for PIC Group, Inc.]

3

    Responses/Objections Received:    None

    Related Pleadings:    None

    Status:    This matter is adjourned until September 4, 2020 at 10:00 a.m. (ET).

## UNCONTESTED MATTERS – CERTIFICATIONS FILED

7. Debtor's Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 37, 7/30/20]

    Response/Objection Deadline:    August 13, 2020 at 4:00 p.m. (ET) [Extended until August 17, 2020 for the Office of the United States Trustee]

    Responses/Objections Received:

        A.    Informal comments from the Office of the United States Trustee

    Related Pleadings:

        B.    Certification of Counsel [D.I. 94, 8/19/20]

    Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

8. Debtor's Motion for Entry of an Order (I) Authorizing the Debtor to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date, and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 38, 7/30/20]

    Response/Objection Deadline:    August 13, 2020 at 4:00 p.m. (ET) [Extended until August 17, 2020 for the Office of the United States Trustee]

    Responses/Objections Received:

        A.    Informal comments from the Office of the United States Trustee

    Related Pleadings:

        B.    Certification of Counsel [D.I. 95, 8/19/20]

    Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

9. Debtor's Motion for Entry of an Order Extending the Time, and Upon Plan Confirmation, Waiving the Requirement, for Filing Schedules and Statements [D.I. 39, 7/30/20]

    Response/Objection Deadline:     August 13, 2020 at 4:00 p.m. (ET) [Extended until August 17, 2020 for the Office of the United States Trustee]

    Responses/Objections Received:

        A.     Informal comments from the Office of the United States Trustee

    Related Pleadings:

        B.     Certification of Counsel [D.I. 96, 8/19/20]

    Status:     Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

10. Debtor's Application for an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Debtor, *Nunc Pro Tunc* to the Petition Date [D.I. 40, 7/30/20]

    Response/Objection Deadline:     August 13, 2020 at 4:00 p.m. (ET) [Extended until August 17, 2020 for the Office of the United States Trustee]

    Responses/Objections Received:     None.

    Related Pleadings:

        A.     Certification of No Objection [D.I. 97, 8/19/20]

    Status:     No objections have been received, and a certificate of no objection has been filed. No hearing is required unless the Court has questions.

11. Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Bankruptcy Co-Counsel to the Debtor, Effective as of the Petition Date [D.I. 41, 7/30/20]

    Response/Objection Deadline:     August 13, 2020 at 4:00 p.m. (ET) [Extended until August 17, 2020 for the Office of the United States Trustee]

    Responses/Objections Received:     None.

        Related Pleadings:

           A.    Certification of No Objection [D.I. 98, 8/19/20]

        Status:    No objections have been received, and a certificate of no objection has been filed. No hearing is required unless the Court has questions.

12. Debtor's Application for Entry of an Order Authorizing the Debtor to Retain FTI Consulting, Inc. to Provide the Debtor with Management Services and Additional Personnel, Effective as of the Petition Date [D.I. 42, 7/30/20]

        Response/Objection Deadline:    August 13, 2020 at 4:00 p.m. (ET) [Extended until August 17, 2020 for the Office of the United States Trustee]

        Responses/Objections Received:    None.

        Related Pleadings:

           A.    Certification of No Objection [D.I. 99, 8/19/20]

        Status:    No objections have been received, and a Certificate of No Objection has been filed. No hearing is required unless the Court has questions.

13. Debtor's Application for an Order Authorizing the Retention and Employment of Wilson Sonsini Goodrich & Rosati as Special Corporate, Litigation and Regulatory Counsel Effective as of the Petition Date [D.I. 43, 7/30/20]

        Response/Objection Deadline:    August 13, 2020 at 4:00 p.m. (ET) [Extended until August 17, 2020 for the Office of the United States Trustee]

        Responses/Objections Received:    None.

        Related Pleadings:

           A.    Certification of No Objection [D.I. 100, 8/19/20]

        Status:    No objections have been received, and a certificate of no objection has been filed. No hearing is required unless the Court has questions.

14. Debtor's Application for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date [D.I. 44, 7/30/20]

        Response/Objection Deadline:    August 13, 2020 at 4:00 p.m. (ET) [Extended until August 17, 2020 for the Office of the United States Trustee]

      Responses/Objections Received:

          A.    Informal comments from the Office of the United States Trustee

      Related Pleadings:

          B.    Certification of Counsel [D.I. 101, 8/19/20]

      Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

15.    Application of the Debtor for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Financial Advisors, Inc. as Valuation Expert for the Debtor Effective as of the Petition Date, and (II) Modifying Certain Information Requirements of Local Rule 2016-2 [D.I. 45, 7/30/20]

      Response/Objection Deadline:    August 13, 2020 at 4:00 p.m. (ET)
                                                                    [Extended until August 17, 2020 for the Office of the United States Trustee]

      Responses/Objections Received:

          A.    Informal comments from the Office of the United States Trustee

      Related Pleadings:

          A.    Certification of Counsel [D.I. 102, 8/19/20]

          B.    Supplemental Declaration of Daniel Beaulne and Disclosure Statement of Houlihan Lokey Financial Advisors [D.I. 104, 8/19/20]

      Status:    Item A has been resolved, and a revised proposed order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

**MATTER GOING FORWARD**

16.    Debtor's Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363, 507, and 552, Bankruptcy Rules 2002, 4001, and 9014, and Local Rule 4001-2 (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b)(2), and (IV) Granting Related Relief [D.I. 8, 7/30/20]

      Response/Objection Deadline:    August 14, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:

    A.    SolarReserve CSP Holdings, LLC's Limited Objection [D.I. 85, 8/14/20]

Related Pleadings:

    B.    Interim Order [D.I. 59, 7/31/20]

    C.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 60, 7/31/20]

    D.    Debtor's Reply to the Limited Objection of SolarReserve CSP Holdings, LLC to Debtor's Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363, 507, and 552, Bankruptcy Rules 2002, 4001, and 9014, and Local Rule 4001-2 (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4011(b)(2), and (IV) Granting Related Relief [D.I. 103, 8/19/20]

Status:    This matter is going forward.

*[Signature page follows]*

| | |
|---|---|
| Dated: August 20, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Edmon L. Morton (No. 3856)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:  (302) 571-6600<br>Fax:  (302) 571-1253<br>Email: emorton@ycst.com<br>         mlunn@ycst.com<br>         amielke@ycst.com<br>         jkochenash@ycst.com<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br><br>Matthew A. Feldman (admitted *pro hac vice*)<br>Paul V. Shalhoub (admitted *pro hac vice*)<br>Andrew S. Mordkoff (admitted *pro hac vice*)<br>Ciara A. Copell (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Tel:  (212) 728-8000<br>Fax:  (212) 728-8111<br>Email: mfeldman@willkie.com<br>         pshalhoub@willkie.com<br>         amordkoff@willkie.com<br>         ccopell@willkie.com<br><br>*Proposed Co-Counsel to the Debtor and Debtor in Possession* |