## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 20-11884 (KBO) |
| Debtor. | **Re: Docket Nos. 36 and 133** |

**NOTICE OF FILING <u>REVISED</u> PROPOSED ORDER (I) APPROVING THE DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION AND VOTING PROCEDURES, INCLUDING (A) FIXING THE RECORD DATE, (B) APPROVING THE SOLICITATION PACKAGES AND PROCEDURES FOR DISTRIBUTION, (C) APPROVING THE FORM OF BALLOT AND ESTABLISHING PROCEDURES FOR VOTING, AND (D) APPROVING PROCEDURES FOR VOTE TABULATION; (III) SCHEDULING A CONFIRMATION HEARING AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES; AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on July 30, 2020, Tonopah Solar Energy, LLC (the "**Debtor**") filed the *Debtor's Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballot and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief* [Docket No. 36] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached as <u>Exhibit A</u> to the Motion was a proposed form of order (the "**Proposed Order**") granting the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** subsequent to the filing of the Motion, the Debtor revised the Proposed Order (the "**Revised Proposed Order**") to, among

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316). The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

other things, address informal comments received from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") and Brahma Group, Inc. ("**Brahma**").  A copy of the Revised Proposed Order is attached hereto as <u>Exhibit A</u>.  For the convenience of the Court and other interested parties, a blackline (without exhibits) comparing the Revised Proposed Order against the Proposed Order is attached hereto as <u>Exhibit B</u>.  The Revised Proposed Order resolves the U.S. Trustee's and Brahma's informal comments.

   **PLEASE TAKE FURTHER NOTICE THAT** the Debtor intends to seek entry of the Revised Proposed Order at the hearing currently scheduled for September 4, 2020 at 10:00 a.m. (ET) (the "**Hearing**").  The Debtor reserves all rights to modify the Revised Proposed Order at or prior to the Hearing.

*[Signature page follows]*

Dated:    September 2, 2020            YOUNG CONAWAY STARGATT & TAYLOR, LLP
          Wilmington, Delaware

                                       */s/ Allison S. Mielke*
                                       Edmon L. Morton (No. 3856)
                                       Matthew B. Lunn (No. 4119)
                                       Allison S. Mielke (No. 5934)
                                       Jared W. Kochenash (No. 6557)
                                       Rodney Square
                                       1000 North King Street
                                       Wilmington, Delaware 19801
                                       Tel:    (302) 571-6600
                                       Fax:    (302) 571-1253
                                       Email: emorton@ycst.com
                                              mlunn@ycst.com
                                              amielke@ycst.com
                                              jkochenash@ycst.com

                                       -and-

                                       WILLKIE FARR & GALLAGHER LLP

                                       Matthew A. Feldman (admitted *pro hac vice*)
                                       Paul V. Shalhoub (admitted *pro hac vice*)
                                       Andrew S. Mordkoff (admitted *pro hac vice*)
                                       Ciara A. Copell (admitted *pro hac vice*)
                                       787 Seventh Avenue
                                       New York, New York 10019-6099
                                       Tel:  (212) 728-8000
                                       Fax:  (212) 728-8111
                                       Email: mfeldman@willkie.com
                                              pshalhoub@willkie.com
                                              amordkoff@willkie.com
                                              ccopell@willkie.com

                                       *Co-Counsel to the Debtor and Debtor in Possession*