# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 20-11884 (KBO) |
| Debtor. | **Re: Docket Nos. 25 & 26** |

### NOTICE OF FILING OF BLACKLINED VERSIONS OF (I) CHAPTER 11 PLAN FOR TONOPAH SOLAR ENERGY, LLC, AND (II) DISCLOSURE STATEMENT FOR CHAPTER 11 PLAN FOR TONOPAH SOLAR ENERGY, LLC

**PLEASE TAKE NOTICE** that, on July 30, 2020, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Chapter 11 Plan for Tonopah Solar Energy, LLC* [Docket No. 25] (the "**Plan**"), and *Disclosure Statement for Chapter 11 Plan for Tonopah Solar Energy, LLC* [Docket No. 26] (the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, attached hereto as **Exhibit A** is a blackline indicating changes made to the Plan, and attached hereto as **Exhibit B** is a blackline indicating changes made to the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves all rights to further alter, amend, update, or modify the Revised Plan and Revised Disclosure Statement.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316). The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

26986431.1

| | | |
|---|---|---|
| Dated: | September 2, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Allison S. Mielke*
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:     (302) 571-6600
Fax:    (302) 571-1253
Email: emorton@ycst.com
           mlunn@ycst.com
           amielke@ycst.com
           jkochenash@ycst.com

-and-

WILLKIE FARR & GALLAGHER LLP

Matthew A. Feldman (admitted *pro hac vice*)
Paul V. Shalhoub (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Ciara A. Copell (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019-6099
Tel:  (212) 728-8000
Fax:  (212) 728-8111
Email: mfeldman@willkie.com
           pshalhoub@willkie.com
           amordkoff@willkie.com
           ccopell@willkie.com

*Co-Counsel to the Debtor and Debtor in Possession*

2

26986431.1