**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 20-11884 (KBO) |
| Debtor. | **Ref. Docket No. 148** |

## NOTICE OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE THAT:**

1.     *Confirmation Hearing.*  A hearing to consider the confirmation of the *Chapter 11 Plan for Tonopah Solar Energy, LLC*, dated as of September 2, 2020 (as amended, modified or supplemented from time to time, the "**Plan**")[2] and for such other and further relief as may be just or proper (the "**Confirmation Hearing**") that was originally scheduled to be held on October 27, 2020 at 10:00 a.m. (ET) before the Honorable Karen B. Owens, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware has been adjourned to **November 20, 2020 at 10:00 a.m. (ET)**.  The Confirmation Hearing may be continued by the Debtor from time to time without further notice to holders of Claims or Interests or other parties in interest other than the announcement of the adjourned date(s) at the Confirmation Hearing or any continued hearing or on the applicable hearing agenda or a notice filed with the Bankruptcy Court.  The Plan may be modified in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Plan and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.  If the Bankruptcy Court enters an order confirming the Plan, section 1141 of the Bankruptcy Code shall become applicable with respect to the Plan and the Plan shall be binding on all parties to the fullest extent permitted by the Bankruptcy Code.

2.     *Deadline for Objections to Confirmation of the Plan.  Objections, if any, to confirmation of the Plan,* must (i) be in writing; (ii) state the name, address, and nature of the Claim or Interest of the objecting or responding party; (iii) state with particularity the legal and factual basis and nature of any objection or response; and (iv) be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the following parties so as to be actually received **before 5:00 p.m. (ET) on October 13, 2020**:[3]  (a) counsel to the Debtor:  (i) Willkie Farr & Gallagher LLP, 787 Seventh Avenue,

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316).  The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

[2] Capitalized terms used but not otherwise defined herein shall the meanings ascribed to such terms in the Plan.

[3] This deadline shall be stayed with respect to any objections or responses to the Plan of CMB Infrastructure Group IX, LP, CMB Export, LLC, and SolarReserve CSP Holdings, LLC.

New York, NY 10019-6099, Attn: Paul V. Shalhoub, Esq. (pshalhoub@willkie.com), Andrew S. Mordkoff, Esq. (amordkoff@willkie.com), and Ciara A. Copell, Esq. (ccopell@willkie.com), and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Matthew B. Lunn, Esq. (mlunn@ycst.com), and Allison S. Mielke, Esq. (amielke@ycst.com); (b) the U.S. Department of Justice: United States Department of Justice, 1100 L St. NW, Room 7108, Washington, DC 20005, Attn: Rodney A. Morris, Esq. (rodney.morris2@usdoj.gov) and Phil M. Seligman, Esq. (philip.seligman@usdoj.gov); (c) outside counsel to the U.S. Department of Energy: Allen & Overy LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Laura R. Hall, Esq. (laura.hall@allenovery.com) and Joseph Badtke-Berkow, Esq. (joseph.badtke-berkow@allenovery.com); (d) counsel to Cobra Energy Investments, LLC: (i) Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, Attn: Benjamin D. Feder, Esq. (bfeder@kelleydrye.com) and Joel Rublin, Esq. (jrublin@kelleydrye.com) and (ii) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, DE 19801, Attn: Christopher M. Samis, Esq. (csamis@potteranderson.com) and L. Katherine Good, Esq. (kgood@potteranderson.com); and (e) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: David Villagrana, Esq. (david.villagrana2@usdoj.gov) and David L. Buchbinder, Esq. (david.l.buchbinder@usdoj.gov).

3.    ***Copies of Documents.***  Copies of the Plan, the Disclosure Statement, the Plan Supplement, and the Disclosure Statement Order are available for review free of charge at **https://dm.epiq11.com/Tonopah**.  In addition, copies of the Plan are available upon written request via first class mail to the Voting Agent at the Tonopah Solar Energy, LLC Ballot Processing Center, c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Boulevard, Beaverton, OR 97005, by submitting an inquiry to the Voting Agent via email at **tabulation@epiqglobal.com** with a reference to "Tonopah" in the subject line, or by contacting the Voting Agent via telephone at 1-866-897-6433 (Toll Free U.S. and Canada) or 1-646-282-2500 (International).

*[Signature Page Follows]*

27125367.1

2

Dated: October 2, 2020          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

*/s/ Allison S. Mielke*

Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email: emorton@ycst.com
      mlunn@ycst.com
      amielke@ycst.com
      jkochenash@ycst.com

-and-

WILLKIE FARR & GALLAGHER LLP

Matthew A. Feldman (admitted *pro hac vice*)
Todd G. Cosenza (admitted *pro hac vice*)
Paul V. Shalhoub (admitted *pro hac vice*)
Charles D. Cording (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019-6099
Tel:   (212) 728-8000
Fax:  (212) 728-8111
Email: mfeldman@willkie.com
      tcosenza@willkie.com
      pshalhoub@willkie.com
      ccording@willkie.com

*Co-Counsel to the Debtor and Debtor in Possession*