## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 20-11884 (KBO) |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR TELEPHONIC HEARING ON OCTOBER 27, 2020 AT 10:00 A.M. (ET)

**This hearing will be held telephonically via CourtCall and, in certain circumstances, by video via Zoom. All parties wishing to appear must do so telephonically by contacting CourtCall, LLC at 866-582-6878. Only those parties that will be addressing the Court should appear by video via Zoom in addition to their CourtCall registration.**

**PLEASE NOTE THAT MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**Topic: Tonopah Solar Energy, LLC 20-11884-KBO**
**Time: October 27, 2020 at 10:00 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
**https://debuscourts.zoomgov.com/j/1611495072**

**Meeting ID: 161 149 5072**
**Passcode: 297723**

## CONTESTED MATTER GOING FORWARD

1.   Debtor's Motion and Objection to Disallow Proofs of Claim Filed By CMB Infrastructure Group IX, LP, CMB Export, LLC, and SolarReserve CSP Holdings, LLC [D.I. 168, 10/1/20]

Response/Objection Deadline:                   October 19, 2020 at 4:00 p.m. (ET)

Responses/Objections Received:

     A.   Creditors' Opposition to Debtor's Motion and Objection to Disallow Proofs of Claim [D.I. 185, 10/19/20]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316). The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

Related Pleadings:

B.    Notice of Debtor's Motion and Objection to Disallow Proofs of Claim Filed By CMB Infrastructure Group IX, LP, CMB Export, LLC, and SolarReserve CSP Holdings, LLC [D.I. 170, 10/2/20]

C.    Debtor's Reply Brief in Further Support of Motion and Objection to Disallow Proofs of Claim Filed By CMB Infrastructure Group IX, LP, CMB Export, LLC, and SolarReserve CSP Holdings, LLC [D.I. 195, 10/23/20]

Status:    This matter is going forward.

Dated:    October 23, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*

Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email: emorton@ycst.com
          mlunn@ycst.com
          amielke@ycst.com
          jkochenash@ycst.com

-and-

WILLKIE FARR & GALLAGHER LLP

Matthew A. Feldman (admitted *pro hac vice*)
Paul V. Shalhoub (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Ciara A. Copell (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019-6099
Tel:  (212) 728-8000
Fax:  (212) 728-8111
Email: mfeldman@willkie.com
          pshalhoub@willkie.com
          amordkoff@willkie.com
          ccopell@willkie.com

*Co-Counsel to the Debtor and Debtor in Possession*

2