# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 20-11884 (KBO) |
| Debtor. | |

## NOTICE OF TELEPHONIC STATUS
## CONFERENCE ON NOVEMBER 16, 2020 AT 9:30 A.M. (ET)

**PLEASE TAKE NOTICE** that the Court has scheduled a telephonic status conference for November 16, 2020 at 9:30 a.m. (ET) (the "**Status Conference**") to address the presentation of evidence at the hearing to consider confirmation of the *Chapter 11 Plan for Tonopah Solar Energy, LLC* (as may be amended, supplemented, restated, or modified from time to time).

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Status Conference should contact CourtCall by phone 866-582-6878 or fax 866-533-2946.

*[Signature Page Follows]*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316). The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

27331562.1

| | |
|---|---|
| Dated: November 12, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Edmon L. Morton (No. 3856)<br>Matthew B. Lunn (No. 4119)<br>Allison S. Mielke (No. 5934)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:  (302) 571-1253<br>Email: emorton@ycst.com<br>         mlunn@ycst.com<br>         amielke@ycst.com<br>         jkochenash@ycst.com<br><br>-and-<br><br>WILLKIE FARR & GALLAGHER LLP<br><br>Matthew A. Feldman (admitted *pro hac vice*)<br>Paul V. Shalhoub (admitted *pro hac vice*)<br>Andrew S. Mordkoff (admitted *pro hac vice*)<br>Ciara A. Copell (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Tel:  (212) 728-8000<br>Fax: (212) 728-8111<br>Email: mfeldman@willkie.com<br>         pshalhoub@willkie.com<br>         amordkoff@willkie.com<br>         ccopell@willkie.com<br><br>*Co-Counsel to the Debtor and Debtor in Possession* |

27331562.1