# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TONOPAH SOLAR ENERGY, LLC,

　　　　　　　　Debtor.

Chapter 11

Case No. 20-11884 (KBO)

## NOTICE OF ORAL AND VIDEO DEPOSITION OF JUSTIN PUGH

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, undersigned counsel will take the oral and video deposition of Justin Pugh on behalf of Debtor Tonopah Solar Energy, LLC, relating to the contested matter arising from the confirmation of the *Amended Chapter 11 Plan for Tonopah Solar Energy, LLC* [ECF No. 148] and the *Limited Objection to Amended Chapter 11 Plan for Tonopah Solar Energy, LLC* [ECF No. 221], commencing on Thursday, November 19, 2020, at 10:00 a.m. (EST). The deposition will be conducted via virtual deposition services, or via other remote means agreed upon by the parties.

This deposition will be recorded stenographically and may be video recorded. The stenographic recording will be taken by a certified court reporter or before some other officer authorized by law to administer oaths. The oral examination shall continue from day to day until

completed.

Dated:  November 18, 2020                    Respectfully submitted,


**LEWIS BRISBOIS BISGAARD & SMITH LLP**


By:*/s/ Cheneise V. Wright*
    Francis G.X. Pileggi (No. 2624)
    Cheneise V. Wright (No. 6597)
    500 Delaware Avenue, Suite 720
    Wilmington, Delaware 19801
    Tel.: 302.985.6000
    Francis.Pileggi@lewisbrisbois.com
    Cheneise.Wright@lewisbrisbois.com

    -and-

    Richard S. Lauter, Esq. (admitted *pro hac vice*)
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    550 West Adams Street, Suite 300
    Chicago, Illinois 60661
    Tel.: 312.345.1718
    Richard.Lauter@lewisbrisbois.com

    -and-

    Vincent F. Alexander, Esq. (admitted *pro hac vice*)
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    110 SE 6th Street, Suite 2600
    Fort Lauderdale, Florida 33301
    Tel.: 954.728.1280
    Vincent.Alexander@lewisbrisbois.com

    -and-

    Andrew D. Bluth, Esq.
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    2020 West El Camino Avenue, Suite 700
    Sacramento, CA 95833
    Tel.: 916.646.8212
    Andrew.Bluth@lewisbrisbois.com

    **ATTORNEYS FOR CMB EXPORT, LLC, CMB INFRASTRUCTURE INVESTMENT GROUP IX, LP, and SOLARRESERVE CSP HOLDINGS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 18th day of November 2020, a copy of the foregoing document was served upon counsel of record via CM/ECF.

*/s/ Cheneise V. Wright*
Cheneise V. Wright
Del. Bar No. 6597
