IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 20-11884 (KBO) |
| Debtor. | |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC/VIDEO HEARING ON NOVEMBER 20, 2020 AT 9:30 A.M. (ET)[3]

> **This hearing will be held telephonically via CourtCall and, in certain circumstances, by video via Zoom.  <u>All</u> parties wishing to appear must do so telephonically by contacting CourtCall, LLC at 866-582-6878.  Only those parties that will be addressing the Court should appear by video via Zoom in addition to their CourtCall registration.**
>
> **PLEASE NOTE THAT MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: Tonopah Solar Energy, LLC 20-11884-KBO**
> **Time: November 20, 2020 at 9:30 A.M. Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> **https://debuscourts.zoomgov.com/j/1603493126**
>
> **Meeting ID: 160 349 3126**
> **Passcode: 203885**

**CONFIRMATION**

1.   Amended Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 148, 9/8/20]

     Response/Objection Deadline:          October 13, 2020 at 5:00 p.m. (ET)

     Responses/Objections Received:

          A.   Limited Objection of Nooter/Eriksen, Inc. to Confirmation of the Amended Chapter 11 Plan [D.I. 180, 10/13/20]

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316).  The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

[2]   *Amended items appear in bold and italics*.

[3]  At the direction of the Court, this hearing will begin at **9:30 a.m. (ET)** instead of the previously scheduled start time of 10:00 a.m. (ET).

27345962.2

B.      Limited Objection [of CMB Export, LLC, CMB Infrastructure Group IX, LP, and SolarReserve CSP Holdings, LLC] to Amended Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 221, 11/6/20]

***Related Documents:***

    i.    ***Declaration of Todd Schatzki, Ph.D. in Support of Creditors' Limited Objection to Amended Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 255, 11/19/20]***

    ii    ***Declaration of Joseph Jaskulski in Support of Creditors' Limited Objection to Amended Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 256, 11/19/20]***

Related Pleadings:

C.      Notice of Filing of Plan Supplement for the Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 49, 7/30/20]

D.      Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballot and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 147, 9/4/20]

E.      Amended Disclosure Statement for Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 149, 9/8/20]

F.      Notice of Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballot and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 150, 9/8/20]

G.      Notice of Filing of Revised Exhibit B to Plan Supplement for the Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 156, 9/10/20]

H.      Affidavit of Publication [D.I. 157, 9/15/20]

I.      Notice of Confirmation Hearing [D.I. 174, 10/20/20]

J.      Order Revising Certain Deadlines Related to Confirmation [D.I. 220, 11/6/20]

| | | |
|---|---|---|
| K. | Order Approving Agreed Confidentiality Stipulation and Protective Order [D.I. 227, 11/12/20] | |
| L. | Notice of Filing of Further Revised Exhibit B to Plan Supplement for the Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 242, 11/18/20] | |
| M. | Declaration of Emily Young of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Amended Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 243, 11/18/20] | |
| N. | Notice of Filing of Expert Valuation Report [D.I. 244, 11/18/20] | |
| O. | Declaration of Justin Pugh in Support of Confirmation of Amended Chapter 11 Plan for Tonopah Solar Energy, LLC [***D.I. 249***, 11/18/20] | |
| P. | Debtor's Memorandum of Law in Support of Confirmation and Reply to Objections to Debtor's Amended Chapter 11 Plan [D.I. 246, 11/18/20] | |
| Q. | Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming Chapter 11 Plan for Tonopah Solar Energy, LLC [D.I. 247, 11/18/20] | |

Status: This matter is going forward.

Dated: November 19, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email: emorton@ycst.com
           mlunn@ycst.com
           amielke@ycst.com
           jkochenash@ycst.com

-and-

        WILLKIE FARR & GALLAGHER LLP

Matthew A. Feldman (admitted *pro hac vice*)
Paul V. Shalhoub (admitted *pro hac vice*)
Todd G. Cosenza (admitted *pro hac vice*)
Charles D. Cording (admitted *pro hac vice*)
Ciara A. Copell (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       pshalhoub@willkie.com
       tcosenza@willkie.com
       ccording@willkie.com
       ccopell@willkie.com

*Co-Counsel to the Debtor and Debtor in Possession*