# Court Conference

Calendar Date: 11/19/2020
Calendar Time: 10:00 AM ET

# U.S. Bankruptcy Court-District of Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Karen B. Owens
# Courtroom

*Amended Calendar  Nov 19 2020 11:09AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967507 | Vincent F. Alexander | (954) 728-1280 ext. | Lewis Brisbois Bisgaard & Smith | Creditor, Solar Reserve CSP Holdings / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967703 | Andrew D. Bluth | (916) 564-5400 ext. | Lewis Brisbois Bisgaard & Smith | Creditor, CMB Infrastructure Group IX, et al / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967772 | Joe Bondi | (917) 612-0724 ext. | Tonopah Solar Energy, LLC | Debtor, Tonopah Solar Energy, LLC / LISTEN ONLY |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967758 | Ciara A. Copell | (212) 728-8000 ext. | Willkie Farr & Gallagher LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967776 | Charles D. Cording | (212) 728-8154 ext. | Willkie Farr & Gallagher LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967775 | Todd Cosenza | (212) 728-8677 ext. | Willkie Farr & Gallagher LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967784 | Diana Curtis | (212) 728-8000 ext. 8638 | Willkie Farr & Gallagher LLP | Debtor, Tonopah Solar Energy, LLC / LISTEN ONLY |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967733 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Brahma Group, Inc. / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967792 | Mark I. Duedall | (404) 572-6600 ext. | Bryan Cave Leighton Paisner LLP | Interested Party, Asgaard Capital / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967467 | William A. Escobar | (212) 808-7800 ext. | Kelley Drye & Warren LLP | Interested Party, Cobra Thermosolar Plants, Inc. and Cobra Energy Investment, LLC / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967456 | Benjamin D. Feder | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Interested Party, Cobra Thermosolar Plants, Inc. and Cobra Energy Investment, LLC / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967753 | Matthew Feldman | (212) 728-8000 ext. | Willkie Farr & Gallagher LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967780 | Kevin Guerke | (302) 571-6000 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| | | Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967754 | Laura Hall | (212) 610-7300 ext. | Allen & Overy, LLP | Interested Party, DOE / LISTEN ONLY |

| Case Name | Case # | Proceeding | App ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967752 | Jared Kochenash | (302) 571-6559 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Tonopah Solar Energy, LLC / LISTEN ONLY |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967691 | Lawrence Kotler | (215) 979-1514 ext. | Duane Morris LLP | Bankruptcy Counsel, Midland Loan Services / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967836 | Richard S. Lauter | (312) 463-3437 ext. 1637 | Lewis Brisbois Bisgaard & Smith | Creditor, CMB, et al / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967783 | Christine Lee | (212) 728-8000 ext. 8638 | Willkie Farr & Gallagher LLP | Debtor, Tonopah Solar Energy, LLC / LISTEN ONLY |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967764 | Chris LeWand | (303) 689-8800 ext. | FTI Consulting, Inc. | Debtor, Tonopah Solar Energy, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967749 | Matthew Lunn | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967770 | Mark Manski | (203) 258-5112 ext. | Tonopah Solar Energy, LLC | Debtor, Tonopah Solar Energy, LLC / LISTEN ONLY |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967750 | Allison Mielke | (302) 571-5732 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967748 | Edmon Morton | (302) 571-6637 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967777 | Michael Neiburg | (302) 576-3590 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967781 | William O'Brien | (212) 728-3593 ext. | Willkie Farr & Gallagher LLP | Debtor, Tonopah Solar Emergency / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967773 | Joel Peterson | (678) 438-2264 ext. | Tonopah Solar Energy, LLC | Debtor, Tonopah Solar Energy, LLC / LISTEN ONLY |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967767 | Anna Phillips | (678) 438-2264 ext. | Tonopah Solar Energy, LLC | Debtor, Tonopah Solar Energy, LLC / LISTEN ONLY |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967849 | Matthew R. Pierce | (302) 467-4442 ext. | Landis Rath & Cobb LLP | Interested Party, PIC Group, Inc / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967760 | Justin Pugh | (303) 689-8800 ext. | FTI Consulting, Inc. | Debtor, Tonopah Solar Energy, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967765 | Charles C Reardon | (703) 752-6252 ext. | Asgaard Capital, LLC | Debtor, Tonopah Solar Energy, LLC / LISTEN ONLY |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967785 | Danielle Ripka | (212) 728-8000 ext. 8638 | Willkie Farr & Gallagher LLP | Debtor, Tonopah Solar Energy, LLC / LISTEN ONLY |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967430 | Philip D. Robben | (212) 808-7800 ext. | Kelley Drye & Warren LLP | Interested Party, Cobra Thermosolar Plants, Inc. and Cobra Energy Investment, LLC / LIVE |

| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967443 | Joel S. Rublin | (212) 808-7800 ext. | Kelley Drye & Warren LLP | Interested Party, Cobra Thermosolar Plants, Inc. and Cobra Energy Investment, LLC / LIVE |
|---|---|---|---|---|---|---|---|
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967477 | Christopher M. Samis | (302) 984-6050 ext. | Potter Anderson & Corroon LLP | Interested Party, Cobra Thermosolar Plants, Inc. and Cobra Energy Investment, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967791 | Tanner Saporito | (212) 813-1640 ext. | FTI Consulting | Debtor, Tonopah Solar Energy, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967756 | Paul V. Shalhoub | (212) 728-8764 ext. | Willkie Farr & Gallagher LLP | Debtor, Tonopah Solar Energy, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967761 | Zach Shulman | (303) 689-8800 ext. | FTI Consulting, Inc. | Debtor, Tonopah Solar Energy, LLC / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967747 | Jeffrey Waxman | (302) 888-5842 ext. | Morris James LLP | Creditor, Nooter / LIVE |
| Tonopah Solar Energy, LLC | 20-11884 | Hearing | 10967533 | Cheneise Wright | (302) 985-6007 ext. | Lewis Brisbois Bisgaard & Smith | Creditor, Solar Reserve CSP Holdings / LIVE |