**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TONOPAH SOLAR ENERGY, LLC,[1] | Case No. 20-11884 (KBO) |
| Debtor. | **Ref. Docket Nos. 49, 156 & 242** |

**NOTICE OF FILING OF <u>FURTHER REVISED</u> EXHIBIT B
TO PLAN SUPPLEMENT FOR THE CHAPTER 11 PLAN FOR
<u>TONOPAH SOLAR ENERGY, LLC</u>**

**PLEASE TAKE NOTICE** that on July 30, 2020, the above-captioned debtor and debtor in possession (the "**Debtor**") filed the *Chapter 11 Plan for Tonopah Solar Energy, LLC* [Docket No. 25] (as subsequently amended, modified, or supplemented, the "**Plan**"), and the related *Disclosure Statement for Chapter 11 Plan for Tonopah Solar Energy, LLC* [Docket No. 26] (as subsequently amended, modified, or supplemented, the "**Disclosure Statement**"). By Order dated September 4, 2020 [Docket No. 147] (the "**Disclosure Statement Order**"), the Court approved the Disclosure Statement, in the form attached as Exhibit 1 to the Disclosure Statement Order, as containing adequate information within the meaning of section 1125 of the Bankruptcy Code, and authorized the Debtor to solicit votes to accept or reject the Plan. Pursuant to the Disclosure Statement Order, a hearing to consider confirmation of the Plan was held on November 20, 2020 at 9:30 a.m. (ET), and closing arguments are currently scheduled for December 4, 2020 at 1:00 P.M. (ET).

**PLEASE TAKE FURTHER NOTICE** that, on July 30, 2020, the Debtor also filed the *Notice of Filing of Plan Supplement for the Chapter 11 Plan for Tonopah Solar Energy, LLC* [Docket No. 49] (the "**Plan Supplement**"). Attached as Exhibit B to the Plan Supplement was a List of Proposed Officers and Managers and Disclosure Regarding Compensation (the "**List of Proposed Officers and Managers**").

**PLEASE TAKE FURTHER NOTICE** that, on September 10, 2020, the Debtor filed the *Notice of Filing of Revised Exhibit B to Plan Supplement for the Chapter 11 Plan for Tonopah Solar Energy, LLC* [Docket No. 156] (the "**Amended Plan Supplement**").

**PLEASE TAKE FURTHER NOTICE** that, on November 18, 2020, the Debtor filed the *Notice of Filing of Further Revised Exhibit B to Plan Supplement for the Chapter 11 Plan for Tonopah Solar Energy, LLC* [Docket No. 242] (the "**Further Amended Plan Supplement**" and collectively with the Plan Supplement and the Amended Plan Supplement, the **Plan Supplements**).

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Tonopah Solar Energy, LLC (1316). The Debtor's headquarters is located at 11 Gabbs Pole Line Road, Tonopah, NV 89049.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Plan Supplements, the Debtor hereby files a further revised List of Proposed Officers and Managers, a copy of which is attached hereto as <u>Exhibit 1</u>.  For the convenience of the Court and interested parties, attached hereto as <u>Exhibit 2</u> is a copy of the List of Proposed Officers and Managers marked against the version filed with the Further Amended Plan Supplement.  Subject to the terms and conditions of the Plan, the Debtor reserves all rights to further amend, revise or supplement any of the documents contained in the Plan Supplement at any time before the effective date of the Plan, or any such other date as may be permitted by the Plan or by order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Plan Supplement and the Amended Plan Supplement (the "**Plan Documents**") may be obtained upon request of the undersigned counsel for the Debtors at the address specified below.  The Plan Documents are also available for inspection at **www.deb.uscourts.gov**, or free of charge on the website of the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, dedicated to these chapter 11 cases, **https://dm.epiq11.com/Tonopah**.

*- Signature Page Follows -*

| | | |
|---|---|---|
| Dated: | December 1, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Jared W. Kochenash*
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email: emorton@ycst.com
          mlunn@ycst.com
          amielke@ycst.com
          jkochenash@ycst.com

-and-

WILLKIE FARR & GALLAGHER LLP

Matthew A. Feldman (admitted *pro hac vice*)
Paul V. Shalhoub (admitted *pro hac vice*)
Todd G. Cosenza (admitted *pro hac vice*)
Charles D. Cording (admitted *pro hac vice*)
Ciara A. Copell (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Email: mfeldman@willkie.com
          pshalhoub@willkie.com
          tcosenza@willkie.com
          ccording@willkie.com
          ccopell@willkie.com

*Co-Counsel to the Debtor and Debtor in Possession*