## **EXHIBIT 1**

**Further Revised <u>Exhibit B</u> to Plan Supplement –
List of Proposed Officers and Managers and Disclosure Regarding Compensation**

## Schedule of Managers and Officers

As of the Effective Date, the term of the current members of the board of managers of TSE shall automatically expire and the members of the board of Reorganized TSE (the "New Board") shall be appointed in accordance with the Amended Constituent Documents. The following individuals are the proposed members of the New Board:

| Name | Biography and Affiliations |
|---|---|
| Mark Manski | Mr. Manski has been an independent manager of the Debtor since 2017 and has over thirty years of experience as a restructuring professional. Since the early 1980s, Mr. Manski has been involved in handling restructuring matters acting as creditor, debtor and/or equity investor, financial consultant and legal advisor. He has sat on a number of public and private boards of directors of companies requiring restructuring guidance and acted as agent for large bank syndicates in a number of highly complex corporate restructurings. Mark has also served as chairman and member of several official creditor committees as well as a number of ad-hoc creditor committees. Most recently, Mr. Manski has served as founder and principal of Mark Manski LLC, where he has provided advisory services for numerous companies on financial restructuring and distressed asset management. Prior to that, Mr. Manski served as Senior Vice President of Development Specialists, Inc. from 2014-2015. From 2010 to 2013, Mr. Manski was a shareholder of Greenberg Traurig, in the Business Reorganization & Financial Restructuring Practice. From 1999-2010, Mr. Manski served in a variety of positions at Barclays Capital. Mr. Manski received his B.A. from University of Massachusetts and his J.D. from Suffolk University Law School. |
| Oscar Yunta Toledo | Mr. Yunta has more than 20 years of professional experience in the fields of energy, investment and finance. He has served in different senior positions within the ACS Group and also on the boards of directors of several companies in Europe, Latin America and Africa. Mr. Yunta has been actively involved in the development, structuring, financing and operation of a number of relevant infrastructure projects including wind farms, PV plants, combined cycle facilities, desalination and water treatment plants, gas facilities and transmission lines. From 2015 until 2019, he served as CFO of Bow Power, a joint venture between the ACS Group and the GIP Fund, with a portfolio of more than $600 million in green energy projects and transmission lines in Europe and Latin America. Mr. Yunta received a B.A. in Business Administration and a B.A. in Law from Carlos III University. |
| Luis Rein Rojo | Mr. Rein has more than 20 years of professional experience in the fields of energy, investment and finance. He joined the ACS Group 10 years ago as Managing Director of Concessions. He has also served on the boards of directors of several companies dedicated to developing, financing, managing and/or operating a variety of infrastructure projects worldwide, including renewable and conventional energy, water, and transmission lines. In 2019 he was appointed as CEO of Zero-E, ACS's platform for developing a variety of infrastructure projects, principally projects within the renewable energy sector. Mr. Rein received a MSc in Engineering from ETSII of Sevilla University. |

| | |
|---|---|
| Carlos Ramiro Visser | Mr. Ramiro has more than 25 years of professional experience in the energy and industrial sector. He has served in several executive positions within Cobra Group and ACS SCE Group in different countries.  From 2002 to 2010, he served as the CEO for Cobra Group in Mexico, developing and managing the companies to execute energy projects for the Comisión Federal de Electricidad (the state-owned electric utility of Mexico), oil and gas projects for PEMEX, and several other industrial businesses and services for other governmental agencies and private clients. From 2011 to 2018, he became the President and CEO for the ACS SCE Corporate Office for the United States of America and Canada. From summer 2018 to date, based in Cobra Group Corporate Offices in Madrid, he has been serving as Senior Vice President for the development of renewable energies for the Cobra Energy unit of business.  Mr. Ramiro received a Master of Science in mining engineering, specializing in energy and combustibles from the University Politécnica de Madrid. |

**I.    Disclosure Regarding Managers**

Compensation for the aforementioned managers shall be as follows:

- <u>Mark Manski</u> – Mr. Manski's base pay for his role as a manager is $150,000 per year, payable quarterly in advance.  Mr. Manski will receive an additional $100,000 per year for responsibilities as executive chairman.

- <u>Oscar Yunta Toledo</u> – Mr. Yunta will not receive compensation for his role as a manager.

- <u>Luis Rein Rojo</u> – Mr. Rein will not receive compensation for his role as a manager.

- <u>Carlos Ramiro Visser</u> – Mr. Ramiro will not receive compensation for his role as a manager.